**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| HEATHER HAVENS, *et al.*, |
| Plaintiffs, |
| v. |
| U.S. DEPARTMENT OF EDUCATION, *et al.*, |
| Defendants. |

No. 1:26-cv-816-LLA

## DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

Defendants respectfully move to dismiss Plaintiffs' Complaint, ECF 1, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Defendants submit the attached memorandum in support of their Motion; a set of exhibits; a supporting declaration and exhibit list from undersigned counsel; and a proposed order.

Dated: June 9, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE R. BENNETT
Assistant Branch Director
Federal Programs Branch

*/s/ Winston Shi*
WINSTON SHI (NY Bar No. 5747068)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel.: 202-880-0387
E-mail: winston.g.shi@usdoj.gov

*Counsel for Defendants*