**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| HEATHER HAVENS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>    Defendants. | No. 1:26-cv-816-LLA |

**[PROPOSED] ORDER**

Upon consideration of Defendants' motion to dismiss, and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that this case is **DISMISSED**.

**SO ORDERED.**

_____
LOREN L. ALIKHAN
United States District Judge

Dated: _____