**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HEATHER HAVENS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>Defendants. | No. 1:26-cv-816-LLA |

**EXHIBIT LIST & DECLARATION OF WINSTON SHI
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

**I.      Exhibit List**

Defendants respectfully submit the following exhibits to their Motion to Dismiss, which are judicially noticeable court filings and CM/ECF notifications of two of these filings. *See Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007). Although these filings are matters of public record, Defendants submit them as exhibits for the convenience of the Court and its clerks.

| Exhibit | Date | Description |
|---|---|---|
| A | March 5, 2026 | Emergency Motion for Stay of District Court Dismissal Order Pending Appeal, *Missouri v. Trump*, No. 26-1394 (8th Cir. filed Mar. 5, 2026), Entry No. 5615320 |
| B | March 9, 2026 | CM/ECF Email Notification for Exhibit C, timestamped 2:29 PM |
| C | March 9, 2026 | Notice of Supplemental Authority under Rule 28(j), *Missouri v. Trump*, No. 26-1394 (8th Cir. filed Mar. 9, 2026), Entry No. 5616220 |
| D | March 9, 2026 | CM/ECF Email Notification for Exhibit E, timestamped 4:08 PM |
| E | March 9, 2026 | Judgment, *Missouri v. Trump*, 2026 WL 696770 (8th Cir. Mar. 9, 2026), *filed on the district court docket*, *Missouri v. Trump*, No. 4:24-cv-520-JAR (E.D. Mo. Mar. 9, 2026), ECF 100 |
| F | March 9, 2026 | Mandate, *Missouri v. Trump* (8th Cir. Mar. 9, 2026), *filed on the district court docket*, *Missouri v. Trump*, No. 4:24-cv-520-JAR (E.D. Mo. Mar. 9, 2026), ECF 101 |
| G | March 10, 2026 | Order Granting Motion for Final Judgment, *Missouri v. Trump*, No. 4:24-cv-520-JAR (E.D. Mo. Mar. 9, 2026), ECF 102 |

**II.    Declaration of Winston Shi**

I, Winston Shi, declare as follows:

1.    I am an attorney authorized to practice before this Court. I am a Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch. I serve as an attorney of record for Defendants U.S. Department of Education and Secretary of Education Linda McMahon (collectively, Defendants) in this action.

2.    I am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration, which are true and correct to the best of my knowledge, information, and belief. If called as a witness, I could and would testify competently to such facts under oath.

3.    I submit this declaration in support of Defendants' Motion to Dismiss. I have personal knowledge of the matters set forth here because it is part of my responsibilities as an attorney at the Department of Justice to assist with the litigation of both this case and *Missouri v. Trump*, No. 4:24-cv-520-JAR (E.D. Mo.) / No. 26-1394 (8th Cir.).

4.    The attached court filings are from *Missouri v. Trump.* They were publicly filed on the Eastern District of Missouri and/or Eighth Circuit's electronic case filing systems.

5.    The attached CM/ECF notification emails were sent to Department of Justice attorney Sarah N. Smith, counsel for the United States in No. 26-1394, who forwarded the emails to me on June 6, 2026.

6.    On Thursday, March 5, 2026, the Plaintiff States in *Missouri v. Trump* asked the Eighth Circuit for an emergency stay pending appeal of the Eastern District of Missouri's order dismissing that case, or in the alternative, for summary reversal. A true and correct copy of this document is attached hereto as **Exhibit A**.

7.    On Monday, March 9, 2026, the Plaintiff States in *Missouri v. Trump* filed a notice of supplemental authority under FED. R. APP. P. 28(j) to alert the Eighth Circuit to the filing of the *Havens v. U.S. Department of Education* lawsuit (that is, this case). A true and correct copy of the CM/ECF

notification email, timestamped 2:29 p.m., is attached hereto as **Exhibit B**. A true and correct copy of the notice is attached hereto as **Exhibit C**.

8.    On Monday, March 9, 2026, the Eighth Circuit issued a judgment in *Missouri v. Trump* summarily reversing the Eastern District of Missouri's order dismissing the case and denying the Plaintiff States' stay motion as moot. This judgment was posted on the District Court docket. A true and correct copy of the CM/ECF notification email from the Eighth Circuit, timestamped 4:08 p.m., is attached hereto as **Exhibit D**. A true and correct copy of the judgment, as filed on the District Court docket, is attached hereto as **Exhibit E**.

9.    On Monday, March 9, 2026, the Eighth Circuit issued the mandate in *Missouri v. Trump*. This mandate was posted on the District Court docket. A true and correct copy of this document, as filed on the District Court docket, is attached hereto as **Exhibit F**.

10.    On Tuesday, March 10, 2026, the Eastern District of Missouri issued an order granting the parties' motion for final judgment in *Missouri v. Trump*, as directed by the Eighth Circuit the day before. This order was posted on the District Court docket. A true and correct copy of this document is attached hereto as **Exhibit F**.

11.    For courtesy, I have redacted the attorney and clerk email accounts listed on the CM/ECF notification emails (Exhibits B and D).

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 9th day of June 2026, at Washington, District of Columbia.

*/s/ Winston Shi*
WINSTON SHI (NY Bar No. 5747068)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel.: 202-880-0387
E-mail: winston.g.shi@usdoj.gov

*Counsel for Defendants*
