# Exhibit F

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-1394

State of Missouri, et al.

Appellants

v.

Donald Trump, in his official capacity as President of the United States, et al.

Appellees

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:24-cv-00520-JAR)

---

## MANDATE

In accordance with the judgment of March 9, 2026, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 09, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit