# Exhibit G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

STATE OF MISSOURI, et al., )
 )
　　Plaintiffs, )
 )
　　v. ) Case No. 4:24-cv-00520-JAR
 )
DONALD J. TRUMP, et al., )
 )
　　Defendants. )

## **ORDER**

This matter is before the Court on the judgment issued by the Eighth Circuit Court of Appeals on March 9, 2026 regarding Plaintiffs' appeal.  (ECF No. 100).  The Eighth Circuit directed the Court to enter the final judgment requested by the parties on December 9, 2025.  The formal mandate issued the same day.  (ECF No. 101).

Accordingly,

**IT IS HEREBY ORDERED** that the parties' joint motion [ECF No. 91] is **GRANTED**.

**IT IS FURTHER ORDERED** that the SAVE Plan Final Rule (i.e., the Final Rule published on July 10, 2023 at 88 Fed. Reg. 43,820), will be vacated, with one exception. The exception is for the provision concerning the periods of deferment or forbearance that are eligible for income-driven repayment plans, which is codified at 34 C.F.R. § 685.209(k)(4)(iv), which took effect on July 1, 2024, and the legality of which was never challenged in this case.  That provision will remain in effect.

Other than that exception, that SAVE Plan Final Rule is hereby **VACATED** in full.

1

**IT IS FURTHER ORDERED** that all previous orders in this case are

**VACATED**.

**IT IS FURTHER ORDERED** that this case is now closed.

**SO ORDERED**.


Dated this 10th Day of March, 2026.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE