**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| HEATHER HAVENS, *et al.,*<br><br>    *Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.,*<br><br>    *Defendants*. | Civil Action No. 1:26-cv-816-LLA |

## PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AND STAY

Pursuant to Federal Rule of Civil Procedure 65(a) and 5 U.S.C. § 705, for the reasons stated in the accompanying memorandum of law, Plaintiffs Heather Havens, Elizabeth Robeson, Anna Grunseth, and William Boykin, hereby move for an order, pending final judgment, (1) enjoining the defendants Secretary of Education Linda McMahon, and the United States Department of Education from effectively repealing the Revised Pay As You Earn (REPAYE) repayment plan and (2) postponing the effective date of the Department's policy of involuntarily changing the repayment plan of borrowers currently enrolled in REPAYE.

Date:   June 23, 2026

Respectfully submitted,

*/s/ W. Austin Hinkle*
William Austin Hinkle
D.C. Bar No. 90043756
Public Goods Practice LLP
1502 W 7th St. STE 100
Erie, PA 16502

Paul Mayer (admitted pro hac vice)
D.C. Bar No.1671773
Public Goods Practice LLP
1717 N Street NW STE 1
Washington, DC 20036

*Counsel for Plaintiffs*