**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| HEATHER HAVENS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>Defendants. | No. 1:26-cv-816-LLA |

## DEFENDANTS' UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE ON MOTION FOR PRELIMINARY INJUNCTION / MOTION TO DISMISS

Defendants respectfully move, pursuant to FED. R. CIV. P. 6(b)(1), to modify the briefing schedule for Plaintiffs' motion for preliminary injunction and Defendants' forthcoming motion to dismiss. Pursuant to Local Civil Rule 7(m), the parties have conferred. Plaintiffs do not oppose.

In support of this request, Defendants state the following:

1.      On June 9, 2026, Defendants moved to dismiss the original complaint. ECF 17.

2.      On June 23, 2026, Plaintiffs filed their First Amended Complaint (FAC), ECF 18, and moved for a preliminary injunction (PI), ECF 19.

3.      Defendants' current deadline to file the opposition to the PI motion is July 1, 2026. *See* June 24, 2026 minute order. Defendants' current deadline to move to dismiss the FAC is July 7, 2026. FED. R. CIV. P. 15(a)(3).

4.      On June 23, 2026, the parties met and conferred before Plaintiffs filed their FAC and PI motion. Plaintiffs said that while they did not want to wait for summary judgment, they also did not need to brief the PI motion on Local Civil Rule 65.1(c)'s default 7-day briefing schedule.

5.      On June 24 and 25, 2026, the parties met and conferred on a specific briefing schedule. On June 24, Defendants proposed a four-brief PI/MTD calendar, with 28 days for Defendants to file the PI opposition / MTD, 21 days for Plaintiffs to file the PI reply / MTD opposition, and 21 days for Defendants to file the MTD reply. Later that day, Plaintiffs proposed a 21/10/10 schedule.

6.      While the parties were conferring, on June 24, 2026, this Court entered a minute order scheduling a 3-brief PI-only calendar, with 8 days for Defendants to file the opposition and 7 days for Plaintiffs to file the reply. Plaintiffs requested more time to consider the Court's minute order.

7.      After considering the Court's minute order, Plaintiffs said they would not oppose this Motion, which asks the Court to enter the 21/10/10 schedule Plaintiffs proposed on June 24. On 11:23 a.m. on June 25, 2026, Plaintiffs asked Defendants to insert the following paragraph in this Motion: "In the absence of a scheduling order, parties were in the process of negotiating a briefing schedule that combined the defendants' preliminary injunction response and a renewed motion to dismiss. Considering defendants' request for additional time due to their scheduling concerns and in an effort to avoid additional scheduling briefings, plaintiffs offered a timeline for the maximum amount of time they believed was reasonable. Plaintiffs made it clear that allowing this court time to decide before plaintiffs would be forced to change repayment plans was essential and that plaintiffs' and the public's interests are best served by a faster timeline. The Court's scheduling order occurred prior to an agreement being reached. At this point, Plaintiffs are prepared to proceed on the Court's current timeline for the PI alone and prefer that schedule, but consistent with prior communications with defendants do not oppose defendants' proposal."

8.      Defendants accordingly propose the following briefing schedule:

| Filing | Old Date | New Date |
|---|---|---|
| Havens PI Motion | June 23 | N/A |
| Government PI Opp / MTD | July 1 | Tuesday, July 14 (21 days from June 23) |
| Havens PI Reply / MTD Opp | July 8 | Friday, July 24 (10 days) |
| Government MTD Reply | N/A | Monday, August 3 (10 days) |

9.      Good cause exists to grant the motion. This is not the sort of emergency case that needs immediate briefing or resolution on the timeline contemplated by the current schedule. Plaintiffs came up with the schedule Defendants are now proposing, and do not oppose this motion.

Adopting Plaintiffs' proposed briefing schedule will be productive and will not prejudice any party. The extra time for everyone involved will result in better briefing, which can only help the Court. And consolidating the PI and MTD briefing will allow the Court to review four briefs instead of six.

10.     In addition, on the facts, the PI motion is not time-sensitive. No borrower will be required to move off the SAVE Plan until September 29, 2026 at the earliest. *See* PI Mot. at 11, ECF 11 ("[B]eginning July 1, 2026, loan servicers would notify SAVE enrollees of a deadline of at least 90 days to enroll in a different repayment plan."). And since Defendants are transitioning borrowers in tranches, most borrowers (potentially including one or even all four Plaintiffs) will get even more time than that. Defendants' proposal would give this Court nearly two full months after briefing closes to prepare an opinion before the earliest September 29 transition date.

11.     Accordingly, Defendants respectfully ask the Court to enter an order giving effect to this proposal. A proposed order accompanies this motion.

Date:   June 25, 2026                    Respectfully submitted,

                                         BRETT A. SHUMATE
                                         Assistant Attorney General
                                         Civil Division

                                         MICHELLE R. BENNETT
                                         Assistant Branch Director
                                         Federal Programs Branch

                                         */s/ Winston Shi*
                                         WINSTON SHI (NY Bar No. 5747068)
                                         Trial Attorney
                                         United States Department of Justice
                                         Civil Division, Federal Programs Branch
                                         1100 L Street, NW
                                         Washington, DC 20005
                                         Tel: 202-880-0387
                                         Email: winston.g.shi@usdoj.gov

                                         *Counsel for Defendants*