**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| HEATHER HAVENS, *et al.,* |
| *Plaintiffs*, |
| v. |
| U.S. DEPARTMENT OF EDUCATION, *et al.,* |
| *Defendants*. |

Civil Action No. 1:26-cv-816-LLA

**PLAINTIFFS' NOTICE OF RECENT AGENCY ACTION AND SUPPLEMENTAL
AUTHORITY**

Plaintiffs respectfully notify the Court that on July 8, 2026, Defendant U.S. Department of Education (the "Department") published notice of its submission to the Office of Management and Budget ("OMB") of a proposed revision to the Income Driven Repayment Plan Request for the William D. Ford Federal Direct Loans and Federal Family Education Loan Programs, OMB Control No. 1845-0102 (the "IDR Request Form"). 91 Fed. Reg. 42,186 (July 8, 2026) (attached as Exhibit A). The contents of the Federal Register are judicially noticed. 44 U.S.C. § 1507. The revised form in redline and Department's Supporting Statement submitted with the proposed revision available at Docket No. ED-2026-SCC-1420, are attached as Exhibits B and C.

The IDR Request Form is, in the Department's words, "used by a borrower to enroll, recertify, or change their IDR plan." Ex. A. Plaintiffs call the Court's attention to five facts appearing in these documents:

1.      The revision adds the Repayment Assistance Plan as a selectable option and provides notice that the Pay As You Earn ("PAYE") and Income-Contingent Repayment ("ICR") plans will sunset in 2028. Ex. A; Ex. B, Item 2.

2.      The revision does not add the Revised Pay As You Earn ("REPAYE") plan as a selectable option. Ex. B, Item 2.

3.      The Department states: "There are three income-contingent repayment plans: the Saving on a Valuable Education (SAVE) Plan (formerly REPAYE), Pay As You Earn (PAYE) Plan, and the Income-Contingent Repayment (ICR) Plan." Ex. A.

4.      The Department states that "[t]he court action effective March 10, 2026, invalidates the SAVE Plan," and that "the SAVE Plan was removed in a previous version of the form as a result of a court injunction." Ex. A.

5.      The revised form remains pending before OMB and bears the legend "Form Under Review, Exp. Date: TBD"; public comment is open through August 7, 2026. Ex. A; Ex. B at 1.

This agency action is pertinent to (i) Plaintiffs' showing that the Department is effectuating the elimination of the REPAYE plan through administrative instruments rather than notice-and-comment rulemaking, Pls.' PI Mem. ECF No. 19-1 at 9; (ii) Plaintiffs' showing of irreparable harm from borrowers' ongoing repayment-plan elections during the pendency of this action, including Plaintiffs' inability to apply for the REPAYE plan, id. at 20; (iii) the public-interest and balance-of-equities analysis, id. at 22; and (iv) Plaintiffs' anticipated opposition to any suggestion that this controversy is moot.

Concurrently with this Notice, Plaintiffs file the Supplemental Declaration of Elizabeth Robeson, documenting that the online version of this information collection — which the

Department states "was adapted for use on the Internet, so that borrowers may request an IDR plan via the Department's StudentAid.gov website," Ex. C, Item 3 — is presently in operation and presents borrowers with the plan options described above.

Plaintiffs will address this development as appropriate in their forthcoming reply, due July 24, 2026.

Dated: July 9, 2026                    Respectfully submitted,

*/s/ W. Austin Hinkle*
William Austin Hinkle
D.C. Bar No. 90043756
Public Goods Practice LLP
1502 W 7th St.
STE 100
Erie, PA 16502
(215) 931-9240


Paul Delaney Mayer (pro hac vice)
D.C. Bar No.1671773
Public Goods Practice LLP
1717 N Street NW
STE 1
Washington, DC 20036
*Counsel for Plaintiffs*