# Exhibit A

## DEPARTMENT OF DEFENSE

### Department of the Navy

[Docket ID: USN–2025–HQ–0235]

### Submission for OMB Review; Comment Request

**AGENCY:** Department of the Navy, Department of Defense (DoD).

**ACTION:** 30-Day information collection notice.

**SUMMARY:** The DoD (referred to herein as ''the Department'', ''Department of War'' or ''DoW'') has submitted to the Office of Management and Budget (OMB) for clearance the following proposal for collection of information under the provisions of the Paperwork Reduction Act.

**DATES:** Consideration will be given to all comments received by August 7, 2026.

**ADDRESSES:** Written comments and recommendations for the proposed information collection should be sent within 30 days of publication of this notice to *www.reginfo.gov/public/do/ PRAMain*. Find this particular information collection by selecting ''Currently under 30-day Review—Open for Public Comments'' or by using the search function.

**FOR FURTHER INFORMATION CONTACT:** Reginald Lucas, (571) 372–7574, *whs.mc-alex.esd.mbx.dd-dod-information-collections@mail.mil*.

**SUPPLEMENTARY INFORMATION:**

*Title; Associated Form; and OMB Number:* U.S. Navy Judge Advocate General Corps Career Programs Applications and Interviews; OPNAV Form 1070/3; OMB Control Number 0703–0074.

*Type of Request:* Reinstatement.

### JAGC Student Program/Direct Appointment Application

*Number of Respondents:* 300.
*Responses per Respondent:* 1.
*Annual Responses:* 300.
*Average Burden per Response:* 2 hours.
*Annual Burden Hours:* 600.

### Internship/Externship Program Application

*Number of Respondents:* 100.
*Responses per Respondent:* 1.
*Annual Responses:* 100.
*Average Burden per Response:* 1 hour.
*Annual Burden Hours:* 100.

### Structured Interviews

*Number of Respondents:* 300.
*Responses per Respondent:* 1.
*Annual Responses:* 300.
*Average Burden per Response:* 1.5 hours.

*Annual Burden Hours:* 450.

### Total

*Number of Respondents:* 700.
*Annual Responses:* 700.
*Annual Burden Hours:* 1,150.
*Needs and Uses:* Information collection is necessary to determine the eligibility, competitive standing, and scholastic and leadership potential of students and lawyers interested in the U.S. Navy Judge Advocate General's Corps (JAGC) Internship/Externship Program, Student Program, or Direct Appointment Program.

Respondents are law students or practicing attorneys. The internship program offers law students the opportunity to intern with the JAGC while in law school, the Student Program offers law students the opportunity to apply for a commission to the JAGC, and the Direct Appointment Program offers practicing attorneys the opportunity to apply for a commission to the JAGC.

All applications are completed and submitted online via the JAGC online application system. Applicants to the Direct Appointment or Student Programs must also request a separate in-person interview from the responsible JAGC recruiting officer in the local area of responsibility.

*Affected Public:* Individuals or households.

*Frequency:* On occasion.
*Respondent's Obligation:* Voluntary.
*DOD Clearance Officer:* Mr. Reginald Lucas.

Dated: July 2, 2026.

**Stephanie J. Bost,**

*Alternate OSD Federal Register Liaison Officer, Department of Defense.*

[FR Doc. 2026–13730 Filed 7–7–26; 8:45 am]

**BILLING CODE 6001–FR–P**

## DEPARTMENT OF EDUCATION

[Docket No.: ED–2026–SCC–1420]

### Agency Information Collection Activities; Submission to the Office of Management and Budget for Review and Approval; Comment Request; Income Driven Repayment Plan Request for the William D. Ford Federal Direct Loans and Federal Family Education Loan Programs

**AGENCY:** Federal Student Aid (FSA), Department of Education (ED).

**ACTION:** Notice.

**SUMMARY:** In accordance with the Paperwork Reduction Act (PRA) of 1995, the Department is proposing a revision of a currently approved information collection request (ICR).

**DATES:** Interested persons are invited to submit comments on or before August 7, 2026.

**ADDRESSES:** Written comments and recommendations for proposed information collection requests should be submitted within 30 days of publication of this notice. Click on this link *www.reginfo.gov/public/do/ PRAMain* to access the site. Find this information collection request (ICR) by selecting ''Department of Education'' under ''Currently Under Review,'' then check the ''Only Show ICR for Public Comment'' checkbox. *Reginfo.gov* provides two links to view documents related to this information collection request. Information collection forms and instructions may be found by clicking on the ''View Information Collection (IC) List'' link. Supporting statements and other supporting documentation may be found by clicking on the ''View Supporting Statement and Other Documents'' link.

**FOR FURTHER INFORMATION CONTACT:** For specific questions related to collection activities, please contact Carolyn Rose, (202) 453–5967.

**SUPPLEMENTARY INFORMATION:** The Department is especially interested in public comment addressing the following issues: (1) is this collection necessary to the proper functions of the Department; (2) will this information be processed and used in a timely manner; (3) is the estimate of burden accurate; (4) how might the Department enhance the quality, utility, and clarity of the information to be collected; and (5) how might the Department minimize the burden of this collection on the respondents, including through the use of information technology. Please note that written comments received in response to this notice will be considered public records.

*Title of Collection:* Income Driven Repayment Plan Request for the William D. Ford Federal Direct Loans and Federal Family Education Loan Programs.

*OMB Control Number:* 1845–0102.
*Type of Review:* Revision of a currently approved ICR.
*Respondents/Affected Public:* Individuals or Households.
*Total Estimated Number of Annual Responses:* 9,500,000.
*Total Estimated Number of Annual Burden Hours:* 3,135,000.
*Abstract:* The One Big Beautiful Bill Act (OBBBA) signed into law on July 4, 2025, made statutory changes to Sections 455(a), 455(d), 455(e), 455(g), and 455(q) that impact borrower eligibility, terms and conditions, and borrowers' rights and responsibilities for

Direct Loans received on or after July 1, 2026. Additionally, previous provisions regulated in 34 CFR 685.209 effective July 1, 2024, were invalidated as a result of court actions on March 10, 2026.

Section 493C of the Higher Education Act of 1965, as amended (the HEA), authorizes the Income-Based Repayment (IBR) Plan for borrowers who obtain student loans through the Federal Family Education Loan (FFEL) Program and William D. Ford Federal Direct Loan (Direct Loan) Program. Section 455(e) of the HEA describes income-contingent repayment plans for borrowers who obtain student loans through the Direct Loan Program. Section 455(q) of the HEA describes the Repayment Assistance Plan for borrowers who obtain student loans through the Direct Loan Program. These plans are collectively referred to as income driven repayment (IDR) plans and the regulations that govern them are in 34 CFR 682.215 (for FFEL Program loans) and 685.209 (for Direct Loans). There are three income-contingent repayment plans: the Saving on a Valuable Education (SAVE) Plan (formerly REPAYE), Pay As You Earn (PAYE) Plan, and the Income-Contingent Repayment (ICR) Plan. The court action effective March 10, 2026 invalidates the SAVE Plan and the OBBBA requires the remaining income-contingent plans be sunset by July 1, 2028.

The Department is updating the currently approved IDR Request Form that is used by a borrower to enroll, recertify, or change their IDR plan to support the provisions identified by the OBBBA and court action. Specifically, the form is being updated to add the Repayment Assistance Plan as an option for borrowers to select and revising the questions related to family size to accurately gather the borrower's number of dependents—a component unique to the Repayment Assistance Plan. Additionally, the form explains the terms of the Repayment Assistance Plan and provides notice that the PAYE and ICR plans will be sunset in 2028 (the SAVE Plan was removed in a previous version of the form as a result of a court injunction). Additional updates to improve clarity and the borrower experience as a result of these changes have also been made.

**Ross Santy,**
*Chief Data Officer, Office of Planning, Evaluation and Policy Development.*
[FR Doc. 2026–13799 Filed 7–7–26; 8:45 am]
**BILLING CODE 4000–01–P**

# DEPARTMENT OF ENERGY

## Federal Energy Regulatory Commission

### Combined Notice of Filings #1

Take notice that the Commission received the following exempt wholesale generator filings:

*Docket Numbers:* EG26–268–000.
*Applicants:* Spindle Battery LLC.
*Description:* Spindle Battery LLC submits Notice of Self-Certification of Exempt Wholesale Generator Status.
*Filed Date:* 7/1/26.
*Accession Number:* 20260701–5415.
*Comment Date:* 5 p.m. ET 7/22/26.

Take notice that the Commission received the following Complaints and Compliance filings in EL Dockets:

*Docket Numbers:* EL26–85–000.
*Applicants:* Red Flame Ranch, LLC.
*Description:* Petition for Enforcement of Petitioner Red Flame Ranch LLC.
*Filed Date:* 6/22/26.
*Accession Number:* 20260622–5395.
*Comment Date:* 5 p.m. ET 7/22/26.

*Docket Numbers:* EL26–86–000.
*Applicants: Southern Minnesota Energy Cooperative* v. *Interstate Power and Light Company.*
*Description: Complaint of Southern Minnesota Energy Cooperative* v. *Interstate Power and Light Company.*
*Filed Date:* 7/1/26.
*Accession Number:* 20260701–5416.
*Comment Date:* 5 p.m. ET 7/21/26.

Take notice that the Commission received the following electric rate filings:

*Docket Numbers:* ER13–760–003; ER19–2644–003; ER19–430–003; ER22–2483–002.
*Applicants:* Alta Farms Wind Project II, LLC, Enel Green Power Hilltopper Wind, LLC, Whitney Hill Wind Power, LLC, Canastota Windpower, LLC.
*Description:* Triennial Market Power Analysis for Northeast Region of Canastota Windpower, LLC, et al.
*Filed Date:* 6/26/26.
*Accession Number:* 20260626–5291.
*Comment Date:* 5 p.m. ET 8/25/26.

*Docket Numbers:* ER18–574–002.
*Applicants:* Monument Generating Station, LLC.
*Description:* Compliance filing: Informational Filing Regarding Transfer of Ownership and Requests for Waiver to be effective N/A.
*Filed Date:* 7/2/26.
*Accession Number:* 20260702–5074.
*Comment Date:* 5 p.m. ET 7/23/26.

*Docket Numbers:* ER18–575–002.
*Applicants:* O.H. Hutchings CT, LLC.
*Description:* Compliance filing: Informational Filing Regarding Transfer of Ownership and Requests for Waiver to be effective N/A.
*Filed Date:* 7/2/26.
*Accession Number:* 20260702–5077.
*Comment Date:* 5 p.m. ET 7/23/26.

*Docket Numbers:* ER18–578–002.
*Applicants:* Yankee Street, LLC.
*Description:* Compliance filing: Informational Filing Regarding Transfer of Ownership and Requests for Waiver to be effective N/A.
*Filed Date:* 7/2/26.
*Accession Number:* 20260702–5078.
*Comment Date:* 5 p.m. ET 7/23/26.

*Docket Numbers:* ER21–573–008; ER21–574–008; ER12–1436–022; ER22–48–007; ER21–575–008; ER18–280–013; ER18–534–010; ER18–537–010; ER18–536–010; ER11–4266–019; ER18–538–011; ER18–533–009; ER18–535–010; ER24–415–001.
*Applicants:* Bowline, LLC, Yankee Street, LLC, Tait Electric Generating Station, LLC, Sidney, LLC, Richland-Stryker Generation LLC, O.H. Hutchings CT, LLC, Monument Generating Station, LLC, Montpelier Generating Station, LLC, Lee County Generating Station, LLC, Lanyard Power Marketing, LLC, Gridflex Generation, LLC, Eagle Point Power Generation LLC, Dickerson Power, LLC, Chalk Point Power, LLC.
*Description:* Triennial Market Power Analysis for Northeast Region of Bowline, LLC, et al.
*Filed Date:* 6/26/26.
*Accession Number:* 20260626–5273.
*Comment Date:* 5 p.m. ET 8/25/26.

*Docket Numbers:* ER22–2580–006.
*Applicants:* CPV Three Rivers, LLC.
*Description:* Updated Market Power Analysis for Northeast Region and Notice of Non-Material Change in Status of CPV Three Rivers, LLC.
*Filed Date:* 6/29/26.
*Accession Number:* 20260629–5286.
*Comment Date:* 5 p.m. ET 8/28/26.

*Docket Numbers:* ER24–551–003; ER22–1777–004; ER22–1779–004; ER24–553–003; ER24–552–002; ER13–1069–026; ER12–2381–023; ER16–918–008; ER21–2001–002; ER10–1484–037.
*Applicants:* Shell Energy North America (US), L.P., Shell Chemical Appalachia LLC, Rhode Island State Energy Center, LP, MP2 Energy NE LLC, MP2 Energy LLC, Martin County II Solar Project, LLC, Martin County Solar Project, LLC, Marion County Solar Project, LLC, Madison Fields Solar Project, LLC, Elkhart County Solar Project, LLC.
*Description:* Triennial Market Power Analysis for Northeast Region and Notice of Non-Material Change in Status of Elkhart County Solar Project, LLC, et al.
*Filed Date:* 6/29/26.