**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| HEATHER HAVENS, *et al.,* <br><br>     *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.,* <br><br>     *Defendants*. | Civil Action No. 1:26-cv-816-LLA |

**SUPPLEMENTAL DECLARATION OF ELIZABETH ROBESON**

I, Elizabeth Robeson, declare the following under the penalty of perjury:

1.     I am over the age of 18 and competent to testify to the matters set forth below. The statements in this declaration are based on my personal knowledge and on records relating to my federal student loans, and if called as a witness I could and would testify competently to them. I previously submitted a declaration in support of Plaintiff's Motin for a Preliminary Injunction. ECF 19-5.

2.     I submit this supplemental declaration to describe the income-driven repayment (IDR) application currently presented to borrowers on the U.S. Department of Education's Studentaid.gov website, including to me with respect to my own federal student loans.

3.     I currently owe over $90,000 in federal student loans. I have two outstanding federal Direct student loans, and I enrolled in the Saving on a Valuable Education (SAVE) repayment plan to lower my monthly payment and seek loan discharge after completing the terms of the program.

4.     The Federal Register notice describing the Department's proposed revision of the corresponding paper form, OMB Control No. 1845-0102, is the subject of Plaintiffs' Notice of Recent Agency Action and Supplemental Authority, filed concurrently with this declaration.

5.     On July 8, 2026 at approximately 9:30 p.m. Eastern Time, I logged into my account at StudentAid.gov using my FSA ID and navigated to the Department's online application for income-driven repayment. I took the screenshot attached as Exhibit A during that session. The screenshot is a true and correct image of what the website displayed to me.

6.     The application presented me with a screen asking me to select a repayment plan. The plans offered were: Income-Based Repayment (IBR), Income-Contingent Repayment (ICR), and Repayment Assistance Plan (RAP). The Standard Repayment Plan was displayed for comparison, with instructions to contact my servicer to apply. Exhibit A.

7.     The REPAYE Plan did not appear as an option on that screen or any other screen I viewed during my session. The application provided no means by which I could select, request, or apply for the REPAYE Plan for my loans.

8.     I navigated the application solely to observe the options presented to me. I did not select a repayment plan, and I did not complete or submit an application or make any change to the repayment status of my loans.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 9, 2026                                    */s/ Elizabeth Robeson*

                                                                          Elizabeth Robeson