# Exhibit A

Case 1:26-cv-00816-LLA Document 22-1 Filed 07/08/26 Page 2 of 4

 Save    Restart    Exit

# Income-Driven Repayment (IDR) Plan Request

<  
**STEP 5 OF 6**  
**Repayment Plans**  
>

## Select Your Repayment Plan

---

**!**   Selection required

This page provides information on your income-driven repayment option.

You can review the details below and select the plan to proceed.

**PSLF Estimates** ⓘ

---

🗓 Lowest Monthly Payment

### Income-Based Repayment (IBR) Plan  🗓 Lowest Monthly Payment

[ Select ]

**View Details >**

Ideal if you expect to continue to have a low income or have graduate school debt. This can be a good option if all your loans were disbursed on or before July 1, 2026, and you don't expect to borrow more loans in the future.

Monthly Payment  
**$0**

Total To Be Paid  
$0

End of Term Date  
**Jun 2026**

Discharge Amount ⓘ  
$0

Monthly Payment Amount  
Payments are generally limited to **15%** of your discretionary income ⓘ and will never be more than the 10-year Standard Plan amount.

Interest Accrual  
Unpaid interest **accrues**. After you've made your full monthly payment, any remaining accrued interest on subsidized loans is covered by the government during your first **three years** in the plan.

End of Payment Term  
Any remaining balance on your loan is forgiven after **20 or 25 years** (240 or 300 months) of qualifying repayment. The remaining balance may be taxable.

[ Select ]

**View Details >**

---

### Income-Contingent Repayment (ICR) Plan

Any borrower with [eligible federal student loans](#) can choose this plan.

[ Select ]

If you have a Direct Consolidation Loan that repaid a parent PLUS loan and was

 🦉 Hi! Need help?

View D

disbursed before July 1, 2026, you must enroll in and make at least one full
payment on the ICR Plan before you can enroll in the IBR Plan.

Monthly Payment

## $0

Total To Be Paid

$0

End of Term Date

**Jun 2026**

Discharge Amount ⓘ

$0

Monthly Payment Amount

Payments are generally limited to **20%** of your discretionary income ⓘ and could be higher than the 10-year Standard Plan amount.

Interest Accrual

Unpaid interest **accrues**.

End of Payment Term

Any remaining balance on your loan may be forgiven after **25 years** (300 months) of qualifying repayment, if the payments are made on or before July 1, 2028. The remaining balance will be taxable.

Select

View Details ❯

## Repayment Assistance Plan

Select

View Details ❯

Ideal for low monthly payments based on your income.

Monthly Payment

## $10

Total To Be Paid

$3,600

End of Term Date

**Jun 2056**

Discharge Amount ⓘ

**$91,628**

Monthly Payment Amount

Monthly payments are based on a percentage of your adjusted gross income (AGI), ranging from 1% to 10% depending on your income level, with a minimum payment of $10 per month. ⓘ

Interest Accrual

Unpaid interest does not accrue when your payments are made in full and on time. After you've made your full, on-time monthly payment, any remaining accrued interest is covered by the government for the month in which your payment didn't cover the full amount.

End of Payment Term

Any remaining balance on your loan is forgiven after **30 years** (360 months) of qualifying repayment. The amount forgiven will be taxable.

Select

View Details ❯

## Compare to a Fixed Payment Repayment Plan



## Standard Repayment Plan

Fixed monthly payments usually set at a 10-year repayment term, with longer terms possible for consolidation loans.

Monthly Payment
**$627**

Total To Be Paid
$218,164

End of Term Date
Jun 2055

Contact your Servicer to apply.

View Details ›

Conta
your
Servic
to
apply

View
Detail
›

**Continue**

**Previous**

Hi! Need help?