**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

HEATHER HAVENS, *et al.,*

     *Plaintiffs*,

v.

U.S. DEPARTMENT OF EDUCATION, *et al.,*

     *Defendants*.

Civil Action No. 1:26-cv-816-LLA

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Leave to File Supplemental Declarations in Support of Their Motion for a Preliminary Injunction, Defendants' position as stated therein, and the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the declarations attached to the Motion as Exhibits 1 through 5 are deemed filed as supplemental declarations in support of Plaintiffs' Motion for a Preliminary Injunction, ECF No. 19; and it is further

**[OPTIONAL] ORDERED** that Defendants may, on or before July 22, 2026, file a supplemental response of no more than five (5) pages, limited to addressing the supplemental declarations. The briefing schedule previously set by the Court remains unchanged.

SO ORDERED.


Dated: _____          _____

                                               LOREN L. ALIKHAN