**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HEATHER HAVENS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.*, <br><br> Defendants. | No. 1:26-cv-816-LLA |

## DEFENDANTS' MOTION TO DISMISS AND OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND STAY

Defendants respectfully move to dismiss Plaintiffs' First Amended Complaint, ECF 18, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Defendants concurrently oppose Plaintiffs' Motion for Preliminary Injunction and Stay, ECF 19. Defendants submit the attached memorandum in support of their Motion and opposition; a set of exhibits; a supporting declaration and exhibit list from undersigned counsel; a supporting declaration from Anthony Lowery; and a proposed order.

Dated: July 14, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE R. BENNETT
Assistant Branch Director
Federal Programs Branch

*/s/ Winston Shi*
WINSTON SHI (NY Bar No. 5747068)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005

Tel.: 202-880-0387
E-mail: winston.g.shi@usdoj.gov

*Counsel for Defendants*