**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| HEATHER HAVENS, *et al.*, | |
| Plaintiffs, | |
| v. | No. 1:26-cv-816-LLA |
| U.S. DEPARTMENT OF EDUCATION, *et al.*, | |
| Defendants. | |

## [PROPOSED] ORDER

Upon consideration of Defendants' motion to dismiss and opposition to Plaintiffs' motion for preliminary injunction and stay, and the entire record herein, it is hereby **ORDERED**

that Defendants' motion to dismiss is **GRANTED**;

that Plaintiffs' motion for preliminary injunction and stay is **DENIED** as moot; and

that this case is **DISMISSED**.

**SO ORDERED.**

_____
LOREN L. ALIKHAN
United States District Judge

Dated: _____