**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HEATHER HAVENS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>Defendants. | No. 1:26-cv-816-LLA |

**EXHIBIT LIST & DECLARATION OF WINSTON SHI**
**IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND OPPOSITION TO**
**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND STAY**

**I.    Exhibit List**

Defendants respectfully submit the following exhibits to their Motion to Dismiss and Opposition to Plaintiffs' Motion for Preliminary Injunction and Stay.

Exhibits A-G are judicially noticeable court filings and CM/ECF notifications of two of these filings. *See Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007). Although these filings are matters of public record, Defendants submit them as exhibits for the convenience of the Court. Defendants previously submitted Exhibits A-G in support of their motion to dismiss the original complaint, ECF 17. *See* ECF 17-4 through 17-10. Plaintiffs previously submitted Exhibit G as Exhibit 3 in support of their motion for preliminary injunction. *See* ECF 19-2 at 20-22.

Exhibits H and I are publicly-available reports of student loan portfolio data, which the Department of Education collects and keeps in the course of its regularly conducted activities and posts on the website of its office Federal Student Aid. Plaintiffs appear to have previously submitted Exhibit I as Exhibit 10 in support of their motion for preliminary injunction. *See* ECF 19-2 at 59-60.

Exhibits J-N are also judicially noticeable court filings, which Defendants submit as exhibits for the convenience of the Court. Plaintiffs previously submitted Exhibit M as Exhibit 1 in support of their motion for preliminary injunction. *See* ECF 19-2 at 6-10.

1

| Exhibit | Date | Description |
|---------|------|-------------|
| A | March 5, 2026 | Emergency Motion for Stay of District Court Dismissal Order Pending Appeal, *Missouri v. Trump*, No. 26-1394 (8th Cir. filed Mar. 5, 2026), Entry No. 5615320 |
| B | March 9, 2026 | CM/ECF Email Notification for Exhibit C, timestamped 2:29 PM |
| C | March 9, 2026 | Notice of Supplemental Authority under Rule 28(j), *Missouri v. Trump*, No. 26-1394 (8th Cir. filed Mar. 9, 2026), Entry No. 5616220 |
| D | March 9, 2026 | CM/ECF Email Notification for Exhibit E, timestamped 4:08 PM |
| E | March 9, 2026 | Judgment, *Missouri v. Trump*, 2026 WL 696770 (8th Cir. Mar. 9, 2026), *filed on the district court docket*, *Missouri v. Trump*, No. 4:24-cv-520-JAR (E.D. Mo. Mar. 9, 2026), ECF 100 |
| F | March 9, 2026 | Mandate, *Missouri v. Trump* (8th Cir. Mar. 9, 2026), *filed on the district court docket*, *Missouri v. Trump*, No. 4:24-cv-520-JAR (E.D. Mo. Mar. 9, 2026), ECF 101 |
| G | March 10, 2026 | Order Granting Motion for Final Judgment, *Missouri v. Trump*, No. 4:24-cv-520-JAR (E.D. Mo. Mar. 9, 2026), ECF 102 |
| H | Data updated March 31, 2026 | "Portfolio Summary" spreadsheet on the Department of Education Federal Student Aid website |
| I | Data updated March 31, 2026 | "Direct Loan Portfolio by Repayment Plan" tab on "Portfolio by Repayment Plan (DL, ED-Held FFEL, ED-Owned" spreadsheet on the Department of Education Federal Student Aid website |
| J | June 17, 2025 | Status Report, *American Fed. of Teachers v. U.S. Dep't of Educ.*, No. 1:25-cv-802-RBW (D.D.C. filed June 17, 2025), ECF 37 |
| K | July 16, 2025 | Status Report, *American Fed. of Teachers v. U.S. Dep't of Educ.*, No. 1:25-cv-802-RBW (D.D.C. filed July 16, 2025), ECF 38 |
| L | Oct. 17, 2025 | Joint Status Report, *American Fed. of Teachers v. U.S. Dep't of Educ.*, No. 1:25-cv-802-RBW (D.D.C. filed Oct. 17, 2025), ECF 54 |
| M | Oct. 23, 2025 | Order, *American Fed. of Teachers v. U.S. Dep't of Educ.*, No. 1:25-cv-802-RBW (D.D.C. filed Oct. 23, 2025), ECF 55 |
| N | Jan. 14, 2026 | Status Report, *American Fed. of Teachers v. U.S. Dep't of Educ.*, No. 1:25-cv-802-RBW (D.D.C. filed Jan. 14, 2026), ECF 60 |

**II.      Declaration of Winston Shi**

I, Winston Shi, declare as follows:

1.      I am an attorney authorized to practice before this Court. I am a Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch. I serve as an attorney of record for Defendants U.S. Department of Education and Secretary of Education Linda McMahon (collectively, Defendants) in this action.

2.      I submit this declaration in support of Defendants' Motion to Dismiss and Opposition to Plaintiffs' Motion for Preliminary Injunction and Stay. I have personal knowledge of the matters set forth here because it is part of my responsibilities at the Department of Justice to assist with the litigation of this case; *Missouri v. Trump*, No. 4:24-cv-520-JAR (E.D. Mo.) / No. 26-1394 (8th Cir.); and *American Fed. of Teachers v. U.S. Dep't of Educ. (AFT v. ED)*, No. 1:25-cv-802-RBW (D.D.C.).

*Missouri v. Trump* **Court Filings**

3.      Exhibits A through G are court filings from *Missouri v. Trump*. They were publicly filed on the Eastern District of Missouri and/or Eighth Circuit's electronic case filing systems.

4.      The attached CM/ECF notification emails were sent to Department of Justice attorney Sarah N. Smith, counsel for the United States in No. 26-1394, who forwarded the emails to me on June 6, 2026.

5.      On Thursday, March 5, 2026, the Plaintiff States in *Missouri v. Trump* asked the Eighth Circuit for an emergency stay pending appeal of the Eastern District of Missouri's order dismissing that case, or in the alternative, for summary reversal. A true and correct copy of this document is attached hereto as **Exhibit A**.

6.      On Monday, March 9, 2026, the Plaintiff States in *Missouri v. Trump* filed a notice of supplemental authority under FED. R. APP. P. 28(j) to alert the Eighth Circuit to the filing of the *Havens v. U.S. Department of Education* lawsuit (that is, this case). A true and correct copy of the CM/ECF notification email, timestamped 2:29 p.m., is attached hereto as **Exhibit B**. A true and correct copy of the notice is attached hereto as **Exhibit C**.

3

7.    On Monday, March 9, 2026, the Eighth Circuit issued a judgment in *Missouri v. Trump* summarily reversing the Eastern District of Missouri's order dismissing the case and denying the Plaintiff States' stay motion as moot. This judgment was posted on the District Court docket. A true and correct copy of the CM/ECF notification email from the Eighth Circuit, timestamped 4:08 p.m., is attached hereto as **Exhibit D**. A true and correct copy of the judgment, as filed on the District Court docket, is attached hereto as **Exhibit E**.

8.    On Monday, March 9, 2026, the Eighth Circuit issued the mandate in *Missouri v. Trump*. This mandate was posted on the District Court docket. A true and correct copy of this document, as filed on the District Court docket, is attached hereto as **Exhibit F**.

9.    On Tuesday, March 10, 2026, the Eastern District of Missouri issued an order granting the parties' motion for final judgment in *Missouri v. Trump*, as directed by the Eighth Circuit the day before. This order was posted on the District Court docket. A true and correct copy of this document is attached hereto as **Exhibit F**.

10.    For courtesy, I have redacted the attorney and clerk email accounts listed on the CM/ECF notification emails (Exhibits B and D).

### Department of Education Data Disclosures

11.    The Department of Education collects and keeps student loan portfolio data in the course of its regularly conducted activities. It makes some of that data publicly available on the Internet—namely, on the website of its office Federal Student Aid (studentaid.gov). The web page *Federal Student Loan Portfolio*, FEDERAL STUDENT AID, https://studentaid.gov/data-center/student/portfolio [perma.cc/FEA8-EFQG] contains links to downloadable spreadsheets with portfolio data.

12.    On July 14, 2026, I visited the *Federal Student Loan Portfolio* website and downloaded the spreadsheet "Federal Student Aid Portfolio Summary." A true and correct copy of this spreadsheet is attached hereto as **Exhibit H**.

13.    On July 14, 2026, I visited the *Federal Student Loan Portfolio* website and downloaded the spreadsheet "Portfolio by Repayment Plan (DL, ED-Held FFEL, ED-Owned." This spreadsheet

has multiple tabs. A true and correct copy of the first tab on this spreadsheet, "Direct Loan Portfolio by Repayment Plan," is attached hereto as **Exhibit I**.

<em>AFT v. ED</em> <strong>Court Filings</strong>

14.      Exhibits J through N are court filings from *AFT v. ED*. They were publicly filed on the District Court for the District of Columbia's electronic case filing system.

15.      On June 17, 2025, Defendants filed a status report disclosing student loan data for the month of May 2025. A true and correct copy of this document is attached hereto as **Exhibit J**.

16.      On July 16, 2025, Defendants filed a status report disclosing student loan data for the month of June 2025. A true and correct copy of this document is attached hereto as **Exhibit K**.

17.      On October 17, 2025, the parties filed a joint status report to disclose an agreement to avoid short-term litigation. A true and correct copy of this document and its proposed order is attached hereto as **Exhibit L**.

18.      On October 23, 2025, in response to the joint status report attached as Exhibit L, Judge Walton issued an order confirming provisions in the agreement. A true and correct copy of this document is attached hereto as **Exhibit M**.

19.      On January 14, 2026, Defendants filed a status report disclosing student loan data for the month of December 2025. A true and correct copy of this document is attached hereto as **Exhibit N**.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 14th day of July 2026, at Washington, District of Columbia.

*/s/ Winston Shi*
WINSTON SHI (NY Bar No. 5747068)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel.: 202-880-0387
E-mail: winston.g.shi@usdoj.gov

*Counsel for Defendants*
