# Exhibit B

## Shi, Winston G (CIV)

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Monday, March 9, 2026 2:29 PM |
| **To:** | Smith, Sarah N. (CIV) |
| **Subject:** | 26-1394 State of Missouri, et al v. Donald Trump, et al "Rule 28(j) Citation Filed" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### Eighth Circuit Court of Appeals

### Notice of Docket Activity

The following transaction was filed on 03/09/2026

| | |
|---|---|
| **Case Name:** | State of Missouri, et al v. Donald Trump, et al |
| **Case Number:** | 26-1394 |
| **Document(s):** | Document(s) |

### Docket Text:
28(j) citation filed by Appellants State of Arkansas, State of Florida, State of Georgia, State of Missouri, State of North Dakota, State of Ohio and State of Oklahoma w/service 03/09/2026 - FOR CAL [5616220] [26-1394] (LJC)

### Notice will be electronically mailed to:



Autumn Hamit Patterson:
Stephen Michael Pezzi:
Philip J. Axt, Assistant Attorney General:
Garry M. Gaskins, II:
Mathura Sridharan:
Sarah Nicole Smith:
Gentner Drummond:
Simon Gregory Jerome:
Louis Joseph Capozzi, III:
John Henry Thompson:
David Wehirst:

The following document(s) are associated with this transaction:

1

**Document Description:** Supplemental Authority Under Rule 28(j)
**Electronic Document Stamp:**

[STAMP acecfStamp_ID=1105112566 [Date=03/09/2026] [FileNumber=5616220-0]
[aa4ad0b63592fe86fdfac7cb84c619743c2df34e74fa0b1ab3e49b5c844ff2b4872748aa27e5415b1bf085
ca75301c077384c405ddc96b444fb0095b49547403]]