# Exhibit C



ATTORNEY GENERAL OF MISSOURI

CATHERINE L. HANAWAY

March 9, 2026

**VIA CM/ECF**

Ms. Susan E. Bindler
Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Federal Courthouse
111 South 10th Street, Room 24.329
St. Louis, MO 63102

RE:    *Missouri v. Trump*, No. 26-1394
       Supplemental Authority under Rule 28(j)

Dear Ms. Bindler:

This morning, four plaintiffs filed a complaint against the United States Department of Education and Secretary McMahon seeking to enjoin the Department to effectuate mass student loan forgiveness through the unlawful SAVE Plan. *See* Complaint, *Havens v. U.S. Dep't of Educ.*, No. 1:26-cv-816 (D.D.C. Mar. 9, 2026), ECF No. 1. Because the district court dismissed this case without prejudice, *Havens* Plaintiffs allege that "[n]o court has made a final ruling on the merits of the SAVE Plan" and that "[n]o injunction currently bars" the SAVE Plan. *Id.* ¶¶ 47–48. Among other requested relief, Plaintiffs ask the district court to declare that the Department of Education is "unlawfully withholding benefits under the SAVE Final Rule" and to "[o]rder the Department to immediately cancel all Direct Loans that meet the discharge requirements under the SAVE Final Rule." *Id.* at 24 (prayer for relief A, E).

This requested relief would cause Missouri the very harm that this Court held would be "irreparable." *Missouri v. Trump*, 128 F.4th 979, 996 (8th Cir. 2025). And

1

this is the *very concern* that animated the State's emergency motion for a stay in this case.  If this Court does not intervene at this point, then the Department of Education could be forced to forgive student loans under an administrative rule that this Court already determined to be unlawful.  Therefore, Missouri respectfully requests that this Court expeditiously rule on its emergency motion for a stay of the district court's dismissal and to put the uncertainty of the SAVE Plan to rest.

Sincerely,

*/s/ Louis J. Capozzi*
Louis J. Capozzi, III, 77756MO
  *Solicitor General*
Missouri Attorney General's Office
207 W. High Street
Jefferson City, Missouri 65102
(573) 751-1800
Louis.Capozzi@ago.mo.gov
*Counsel for State of Missouri*
*Lead Counsel for State Plaintiffs*

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2026, the foregoing was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit using the CM/ECF system, which serve all counsel of record.

/s/ *Louis J. Capozzi*

3

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the body of this letter contains 350 words as determined by the word-count feature of Microsoft Word. This letter has been scanned for viruses and is virus-free.

/s/ *Louis J. Capozzi*