# Exhibit D

## Shi, Winston G (CIV)

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Monday, March 9, 2026 4:08 PM |
| **To:** | Smith, Sarah N. (CIV) |
| **Subject:** | 26-1394 State of Missouri, et al v. Donald Trump, et al "judgment filed denying for stay" (4:24-cv-00520-JAR) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### Eighth Circuit Court of Appeals

### Notice of Docket Activity

The following transaction was filed on 03/09/2026

**Case Name:**    State of Missouri, et al v. Donald Trump, et al
**Case Number:**    26-1394
**Document(s):**    Document(s)

**Docket Text:**
**JUDGMENT FILED -** The District Court's order of dismissal is reversed and the District Court is directed to enter the final judgment, as jointly requested by the parties. The emergency motion is denied as moot. Mandate shall issue forthwith. [5615320-2] RAYMOND W. GRUENDER, RALPH R. ERICKSON and L. STEVEN GRASZ Adp Mar 2026 [5616315] [26-1394] (AMT)

**Notice will be electronically mailed to:**

Philip J. Axt, Assistant Attorney General: ██████████

Louis Joseph Capozzi, III: ████████████████████

Clerk, U.S. District Court, Eastern District of Missouri, Clerk of Court:
███████████████████████████████████
███████████████

Gentner Drummond: ████████████████

Garry M. Gaskins, II: ████████████████████

Simon Gregory Jerome: ██████████████████████

Autumn Hamit Patterson: ████████████████████

Stephen Michael Pezzi: ██████████████████

Sarah Nicole Smith: ████████████████

Mathura Sridharan: ████████████████████

John Henry Thompson: ██████████████████
David Wehirst: ██████████████████████


The following document(s) are associated with this transaction:
**Document Description:** Cover Letter
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=03/09/2026] [FileNumber=5616315-0]
[2e4af72143756d2412c81eda5c191d1d78a88502d11990a912d81c03108ccaf3474d8801bf0d567f8caa6
3c5a0912a3b261fd56acdc8f9c5010980951ad106d2]]
**Recipients:**

- Philip J. Axt, Assistant Attorney General
- Louis Joseph Capozzi, III
- Clerk, U.S. District Court, Eastern District of Missouri, Clerk of Court
- Gentner Drummond
- Garry M. Gaskins, II
- Simon Gregory Jerome
- Autumn Hamit Patterson
- Stephen Michael Pezzi
- Sarah Nicole Smith
- Mathura Sridharan
- John Henry Thompson
- David Wehirst

**Document Description:** Judgment
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=03/09/2026] [FileNumber=5616315-1]
[3668cc06ef9e68116df0cb7978218dc3c3290b624cdc342f89cdf3b14d0989eda77157e694576a2fe279e
d2dfa1ceaa5faae345d64fc2fe4bcfa6f31a080e0cf]]
**Recipients:**

- Philip J. Axt, Assistant Attorney General
- Louis Joseph Capozzi, III
- Clerk, U.S. District Court, Eastern District of Missouri, Clerk of Court
- Gentner Drummond
- Garry M. Gaskins, II
- Simon Gregory Jerome
- Autumn Hamit Patterson
- Stephen Michael Pezzi
- Sarah Nicole Smith
- Mathura Sridharan
- John Henry Thompson
- David Wehirst