# Exhibit E

# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 09, 2026

Louis Joseph Capozzi III
ATTORNEY GENERAL'S OFFICE
Suite 200
815 Olive Street
Saint Louis, MO  63101

      RE:  26-1394  State of Missouri, et al v. Donald Trump, et al

Dear Counsel:

      Enclosed is a copy of a dispositive order entered today in the above case. Mandate is being issued and sent today to the Clerk of the United States District Court.

                        Susan E. Bindler
                        Clerk of Court

AMT

Enclosure(s)

cc:     Philip J. Axt
       Clerk, U.S. District Court, Eastern District of Missouri
       Gentner Drummond
       Garry M. Gaskins II
       Simon Gregory Jerome
       Autumn Hamit Patterson
       Stephen Michael Pezzi
       Sarah Nicole Smith
       Mathura Sridharan
       John Henry Thompson
       David Wehirst

      District Court/Agency Case Number(s):   4:24-cv-00520-JAR

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No.  26-1394
_____

State of Missouri; State of Arkansas; State of Florida; State of Georgia; State of North Dakota; State of Ohio; State of Oklahoma

Plaintiffs - Appellants

v.

Donald Trump, in his official capacity as President of the United States; Linda S. McMahon, in her official capacity as Secretary of Education; United States Department of Education

Defendants - Appellees

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:24-cv-00520-JAR)

**JUDGMENT**

Before GRUENDER, ERICKSON and GRASZ, Circuit Judges.

The District Court's order of dismissal is reversed, and the District Court is directed to enter the final judgment, as jointly requested by the parties. The emergency motion is denied as moot.

Mandate shall issue forthwith.

March 09, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler