# Exhibit H

**Federal Student Aid Portfolio Summary**

*Includes outstanding principal and interest balances*

Data Source: National Student Loan Data System (NSLDS)

| Federal Fiscal Year[2] | | Direct Loans | | Federal Family Education Loans (FFEL) | | Perkins Loans | | Total[1] | |
|---|---|---|---|---|---|---|---|---|---|
| | | Dollars Outstanding (in billions) | Recipients[3] (in millions) | Dollars Outstanding (in billions) | Recipients (in millions) | Dollars Outstanding (in billions) | Recipients (in millions) | Dollars Outstanding (in billions) | Unduplicated Recipients (in millions) |
| 2007 | | $106.8 | 7.0 | $401.9 | 22.6 | $8.2 | 2.8 | $516.0 | 28.3 |
| 2008 | | $122.5 | 7.7 | $446.5 | 23.7 | $8.5 | 2.9 | $577.0 | 29.9 |
| 2009 | | $154.9 | 9.2 | $493.3 | 25.0 | $8.7 | 3.0 | $657.0 | 32.1 |
| 2010 | | $224.5 | 14.4 | $516.7 | 25.1 | $8.4 | 2.9 | $749.8 | 34.3 |
| 2011 | | $350.1 | 19.4 | $489.8 | 23.8 | $8.3 | 2.9 | $848.2 | 36.5 |
| 2012 | | $488.3 | 22.8 | $451.7 | 22.4 | $8.2 | 2.9 | $948.2 | 38.3 |
| 2013 | Q1 | $508.7 | 23.4 | $444.9 | 22.1 | $8.2 | 3.0 | $961.9 | 38.7 |
| | Q2 | $553.0 | 24.1 | $437.0 | 21.6 | $8.3 | 3.0 | $998.6 | 38.9 |
| | Q3 | $569.2 | 24.3 | $429.5 | 21.2 | $8.2 | 2.9 | $1,006.8 | 38.7 |
| | Q4 | $609.1 | 25.6 | $423.0 | 20.9 | $8.1 | 2.9 | $1,040.2 | 39.6 |
| 2014 | Q1 | $626.5 | 26.2 | $417.1 | 20.6 | $8.2 | 3.0 | $1,051.8 | 40.0 |
| | Q2 | $669.0 | 26.5 | $409.7 | 20.2 | $8.3 | 3.0 | $1,087.0 | 40.0 |
| | Q3 | $685.7 | 26.7 | $402.5 | 19.8 | $8.2 | 2.9 | $1,096.5 | 39.9 |
| | Q4 | $726.6 | 27.9 | $395.0 | 19.4 | $8.2 | 2.9 | $1,129.8 | 40.7 |
| 2015 | Q1 | $744.3 | 28.5 | $387.6 | 19.1 | $8.2 | 3.0 | $1,140.1 | 41.1 |
| | Q2 | $787.0 | 28.7 | $379.1 | 18.6 | $8.3 | 2.9 | $1,174.4 | 41.0 |
| | Q3 | $803.1 | 28.8 | $370.9 | 18.2 | $8.2 | 2.9 | $1,182.1 | 40.8 |
| | Q4 | $840.7 | 29.9 | $363.6 | 17.9 | $8.1 | 2.8 | $1,212.4 | 41.6 |
| 2016 | Q1 | $854.8 | 30.3 | $357.3 | 17.5 | $8.1 | 2.9 | $1,220.3 | 41.8 |
| | Q2 | $896.6 | 30.5 | $350.2 | 17.2 | $8.2 | 2.8 | $1,254.9 | 41.7 |
| | Q3 | $911.6 | 30.5 | $342.6 | 16.8 | $8.0 | 2.7 | $1,262.2 | 41.5 |
| | Q4 | $949.1 | 31.5 | $335.2 | 16.4 | $7.9 | 2.7 | $1,292.2 | 42.3 |
| 2017 | Q1 | $963.5 | 31.9 | $328.3 | 16.1 | $7.9 | 2.7 | $1,299.7 | 42.4 |
| | Q2 | $1,003.3 | 32.1 | $320.5 | 15.7 | $7.9 | 2.6 | $1,331.7 | 42.3 |
| | Q3 | $1,017.0 | 32.0 | $312.6 | 15.2 | $7.8 | 2.6 | $1,337.4 | 42.0 |
| | Q4 | $1,053.5 | 33.0 | $305.8 | 14.9 | $7.6 | 2.5 | $1,366.9 | 42.6 |
| 2018 | Q1 | $1,066.8 | 33.3 | $301.1 | 14.5 | $7.6 | 2.5 | $1,375.5 | 42.8 |
| | Q2 | $1,104.0 | 33.4 | $295.5 | 14.2 | $7.6 | 2.5 | $1,407.1 | 42.6 |
| | Q3 | $1,116.0 | 33.3 | $288.6 | 13.8 | $7.4 | 2.4 | $1,412.0 | 42.2 |
| | Q4 | $1,150.3 | 34.2 | $281.8 | 13.5 | $7.1 | 2.3 | $1,439.2 | 42.9 |
| 2019 | Q1 | $1,163.3 | 34.5 | $277.0 | 13.1 | $6.9 | 2.2 | $1,447.1 | 43.0 |
| | Q2 | $1,198.4 | 34.5 | $271.6 | 12.8 | $6.6 | 2.2 | $1,476.6 | 42.8 |
| | Q3 | $1,208.8 | 34.3 | $266.0 | 12.4 | $6.3 | 2.1 | $1,481.1 | 42.2 |
| | Q4 | $1,242.6 | 35.1 | $261.6 | 12.1 | $6.1 | 2.0 | $1,510.3 | 42.9 |

| Year | Quarter | | | | | | | | |
|------|------|------|------|------|------|------|------|------|------|
| 2020 | Q1 | $1,251.9 | 35.3 | $257.2 | 11.8 | $5.9 | 1.9 | $1,515.0 | 42.8 |
|      | Q2 | $1,284.7 | 35.3 | $252.4 | 11.5 | $5.6 | 1.9 | $1,542.7 | 42.6 |
|      | Q3 | $1,290.6 | 35.2 | $248.7 | 11.2 | $5.4 | 1.8 | $1,544.8 | 42.3 |
|      | Q4 | $1,315.2 | 35.9 | $245.9 | 11.0 | $5.2 | 1.7 | $1,566.3 | 42.9 |
| 2021 | Q1 | $1,318.1 | 36.1 | $242.1 | 10.8 | $4.9 | 1.7 | $1,565.2 | 42.9 |
|      | Q2 | $1,348.3 | 36.3 | $238.8 | 10.6 | $4.7 | 1.6 | $1,591.8 | 42.9 |
|      | Q3 | $1,352.7 | 36.3 | $234.1 | 10.3 | $4.3 | 1.6 | $1,591.1 | 42.8 |
|      | Q4 | $1,375.9 | 37.0 | $230.4 | 10.2 | $4.4 | 1.5 | $1,610.7 | 43.4 |
| 2022 | Q1 | $1,376.5 | 37.2 | $225.7 | 9.9 | $4.2 | 1.5 | $1,606.4 | 43.4 |
|      | Q2 | $1,396.2 | 37.1 | $219.3 | 9.6 | $4.2 | 1.4 | $1,619.7 | 43.0 |
|      | Q3 | $1,399.7 | 37.1 | $213.7 | 9.4 | $4.0 | 1.3 | $1,617.3 | 42.8 |
|      | Q4 | $1,422.8 | 37.8 | $207.8 | 9.2 | $3.9 | 1.3 | $1,634.5 | 43.5 |
| 2023 | Q1 | $1,432.9 | 38.3 | $198.6 | 8.8 | $3.8 | 1.3 | $1,635.4 | 43.8 |
|      | Q2 | $1,446.0 | 38.3 | $194.7 | 8.7 | $3.7 | 1.2 | $1,644.5 | 43.6 |
|      | Q3 | $1,439.1 | 38.2 | $191.0 | 8.5 | $3.7 | 1.2 | $1,633.8 | 43.4 |
|      | Q4 | $1,413.3 | 38.1 | $185.4 | 8.3 | $3.6 | 1.2 | $1,602.2 | 43.2 |
| 2024 | Q1 | $1,413.3 | 38.1 | $181.4 | 8.0 | $3.5 | 1.1 | $1,598.4 | 43.1 |
|      | Q2 | $1,440.4 | 37.9 | $176.1 | 7.8 | $3.4 | 1.1 | $1,620.1 | 42.8 |
|      | Q3 | $1,438.6 | 37.5 | $169.0 | 7.5 | $3.3 | 1.1 | $1,611.0 | 42.2 |
|      | Q4 | $1,470.1 | 38.2 | $165.4 | 7.3 | $3.2 | 1.0 | $1,638.6 | 42.7 |
| 2025 | Q1 | $1,472.6 | 38.3 | $163.9 | 7.2 | $3.1 | 1.0 | $1,639.6 | 42.8 |
|      | Q2 | $1,494.5 | 38.2 | $163.1 | 7.0 | $3.0 | 1.0 | $1,660.7 | 42.5 |
|      | Q3 | $1,500.8 | 38.0 | $161.9 | 6.9 | $2.9 | 0.9 | $1,665.6 | 42.3 |
|      | Q4 | $1,529.1 | 38.6 | $160.7 | 6.8 | $2.8 | 0.9 | $1,692.6 | 42.8 |
| 2026 | Q1 | $1,534.0 | 38.7 | $159.6 | 6.7 | $2.8 | 0.9 | $1,696.3 | 42.8 |
|      | Q2 | $1,562.9 | 38.5 | $158.3 | 6.5 | $2.7 | 0.8 | $1,723.9 | 42.6 |

**Notes:**

[1] Totals may not equal the sum of Direct Loans, FFEL, and Perkins Loans due to rounding and the timing of the data runs.

[2] Data is run at the end of the corresponding federal fiscal year or at the end of each quarter listed by federal fiscal year. Each federal fiscal year begins October 1 and ends September 30. Q1 ends 12/31, Q2 ends 3/31, Q3 ends 6/30, and Q4 ends 9/30.

[3] Recipient is the student that benefits from the federal student loan. In most cases, the recipient is the borrower, but in parent PLUS loans, the parent is the borrower and their child is the recipient.