# Exhibit I

**Direct Loan Portfolio by Repayment Plan**

*Includes outstanding principal and interest balances of Direct Loan borrowers in Repayment, Deferment, and Forbearance*
Data Source: National Student Loan Data System (NSLDS)

| Federal Fiscal Year | | Level: 10 Yrs or Less | | Level: > 10 Yrs | | Graduated: 10 Yrs or Less | | Graduated: > 10 Yrs | | Income-Contingent | | Income-Based | | Pay As You Earn* | | SAVE | | Alternative | | Other | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Dollars Outstanding (in billions) | Recipients (in millions) | Dollars Outstanding (in billions) | Recipients (in millions) | Dollars Outstanding (in billions) | Recipients (in millions) | Dollars Outstanding (in billions) | Recipients (in millions) | Dollars Outstanding (in billions) | Recipients (in millions) | Dollars Outstanding (in billions) | Recipients (in millions) | Dollars Outstanding (in billions) | Recipients (in millions) | Dollars Outstanding (in billions) | Recipients (in millions) | Dollars Outstanding (in billions) | Recipients (in millions) | Dollars Outstanding (in billions) | Recipients (in millions) |
| 2013 | Q3 | $139.9 | 9.84 | $62.1 | 1.63 | $27.8 | 1.27 | $17.5 | 0.45 | $20.1 | 0.63 | $50.9 | 0.91 | $1.3 | 0.04 | - | - | $4.4 | 0.23 | $37.3 | 0.76 |
| | Q4 | $143.2 | 10.00 | $63.6 | 1.58 | $35.0 | 1.52 | $11.9 | 0.30 | $19.1 | 0.59 | $58.0 | 1.04 | $2.0 | 0.06 | - | - | $5.6 | 0.30 | $33.5 | 0.58 |
| 2014 | Q1 | $169.5 | 10.88 | $65.7 | 1.61 | $39.1 | 1.66 | $11.5 | 0.28 | $19.2 | 0.58 | $67.9 | 1.21 | $4.1 | 0.11 | - | - | $5.9 | 0.31 | $30.5 | 0.46 |
| | Q2 | $168.5 | 10.81 | $65.5 | 1.60 | $41.8 | 1.77 | $11.3 | 0.27 | $20.0 | 0.60 | $80.6 | 1.44 | $7.4 | 0.19 | - | - | $6.1 | 0.31 | $37.8 | 0.54 |
| | Q3 | $175.8 | 11.11 | $66.1 | 1.61 | $44.8 | 1.89 | $11.3 | 0.27 | $20.3 | 0.60 | $91.2 | 1.65 | $9.8 | 0.26 | - | - | $6.4 | 0.32 | $38.6 | 0.50 |
| | Q4 | $169.8 | 10.82 | $67.2 | 1.61 | $48.2 | 2.02 | $11.4 | 0.27 | $20.4 | 0.60 | $102.5 | 1.85 | $12.2 | 0.32 | - | - | $6.7 | 0.34 | $39.3 | 0.54 |
| 2015 | Q1 | $192.1 | 11.44 | $70.9 | 1.66 | $53.6 | 2.18 | $11.7 | 0.27 | $20.9 | 0.60 | $116.0 | 2.07 | $16.9 | 0.41 | - | - | $6.7 | 0.34 | $34.5 | 0.40 |
| | Q2 | $188.4 | 11.26 | $70.9 | 1.66 | $56.7 | 2.29 | $11.9 | 0.27 | $21.4 | 0.60 | $130.6 | 2.33 | $21.8 | 0.53 | - | - | $6.5 | 0.32 | $44.2 | 0.57 |
| | Q3 | $191.3 | 11.36 | $70.5 | 1.66 | $59.1 | 2.38 | $12.1 | 0.28 | $21.8 | 0.61 | $145.2 | 2.61 | $26.4 | 0.66 | - | - | $6.1 | 0.31 | $42.3 | 0.42 |
| | Q4 | $183.9 | 11.08 | $70.1 | 1.64 | $60.7 | 2.43 | $12.2 | 0.27 | $22.1 | 0.61 | $157.7 | 2.83 | $30.5 | 0.77 | - | - | $6.1 | 0.31 | $42.6 | 0.45 |
| 2016 | Q1 | $202.9 | 11.47 | $72.1 | 1.66 | $65.9 | 2.56 | $12.4 | 0.28 | $22.5 | 0.60 | $171.7 | 3.05 | $38.2 | 0.91 | $0.1 | 0.00 | $6.1 | 0.31 | $33.6 | 0.29 |
| | Q2 | $197.9 | 11.27 | $73.2 | 1.67 | $67.9 | 2.63 | $12.7 | 0.28 | $22.8 | 0.60 | $175.1 | 3.10 | $41.2 | 0.96 | $8.1 | 0.19 | $6.2 | 0.31 | $45.5 | 0.45 |
| | Q3 | $197.8 | 11.26 | $72.6 | 1.65 | $69.2 | 2.68 | $12.8 | 0.28 | $23.5 | 0.60 | $174.3 | 3.10 | $44.3 | 1.00 | $26.9 | 0.57 | $5.9 | 0.30 | $45.3 | 0.40 |
| | Q4 | $188.9 | 10.95 | $72.5 | 1.65 | $70.1 | 2.71 | $12.9 | 0.28 | $24.0 | 0.60 | $173.1 | 3.07 | $46.7 | 1.02 | $43.6 | 0.89 | $5.6 | 0.29 | $44.7 | 0.37 |
| 2017 | Q1 | $205.8 | 11.37 | $74.6 | 1.67 | $74.2 | 2.79 | $13.3 | 0.29 | $24.7 | 0.60 | $172.5 | 3.04 | $52.3 | 1.06 | $61.8 | 1.23 | $5.5 | 0.28 | $36.9 | 0.15 |
| | Q2 | $199.6 | 11.15 | $74.9 | 1.68 | $75.4 | 2.83 | $13.6 | 0.29 | $25.5 | 0.61 | $171.6 | 3.01 | $56.1 | 1.10 | $77.0 | 1.52 | $7.0 | 0.32 | $48.0 | 0.34 |
| | Q3 | $207.2 | 11.34 | $77.0 | 1.71 | $77.1 | 2.87 | $13.7 | 0.30 | $26.1 | 0.62 | $169.6 | 2.96 | $58.5 | 1.11 | $82.6 | 1.59 | $14.4 | 0.50 | $41.8 | 0.18 |
| | Q4 | $197.5 | 10.99 | $76.4 | 1.70 | $77.7 | 2.89 | $13.8 | 0.30 | $26.8 | 0.62 | $169.1 | 2.94 | $61.6 | 1.14 | $95.0 | 1.79 | $17.5 | 0.59 | $39.0 | 0.16 |
| 2018 | Q1 | $211.8 | 11.35 | $76.9 | 1.70 | $81.6 | 2.98 | $14.3 | 0.30 | $27.7 | 0.63 | $169.0 | 2.91 | $68.3 | 1.19 | $108.8 | 2.00 | $20.9 | 0.69 | $31.8 | NA*** |
| | Q2 | $205.7 | 11.10 | $77.1 | 1.70 | $82.8 | 3.00 | $14.7 | 0.31 | $28.3 | 0.64 | $168.8 | 2.88 | $72.5 | 1.22 | $119.0 | 2.17 | $24.7 | 0.78 | $42.5 | 0.17 |
| | Q3 | $205.1 | 11.12 | $76.4 | 1.69 | $83.8 | 3.02 | $14.9 | 0.31 | $29.2 | 0.65 | $168.5 | 2.85 | $75.8 | 1.24 | $129.2 | 2.34 | $27.3 | 0.86 | $43.0 | 0.13 |
| | Q4 | $196.2 | 10.83 | $76.5 | 1.69 | $84.2 | 3.03 | $15.1 | 0.32 | $29.9 | 0.66 | $168.5 | 2.83 | $78.9 | 1.27 | $136.7 | 2.45 | $31.8 | 0.96 | $41.3 | 0.12 |
| 2019 | Q1 | $219.9 | 11.40 | $78.2 | 1.72 | $88.3 | 3.11 | $15.8 | 0.32 | $30.9 | 0.68 | $169.8 | 2.82 | $85.3 | 1.31 | $144.8 | 2.56 | $36.6 | 1.08 | $24.8 | NA*** |
| | Q2 | $213.3 | 11.16 | $78.4 | 1.72 | $89.4 | 3.12 | $16.2 | 0.33 | $31.8 | 0.69 | $170.3 | 2.81 | $89.8 | 1.34 | $153.0 | 2.68 | $39.9 | 1.16 | $37.0 | NA*** |
| | Q3 | $211.3 | 11.10 | $78.1 | 1.71 | $90.4 | 3.13 | $16.5 | 0.34 | $32.7 | 0.70 | $170.3 | 2.78 | $93.4 | 1.37 | $161.4 | 2.80 | $42.0 | 1.22 | $37.0 | NA*** |
| | Q4 | $200.7 | 10.76 | $77.6 | 1.70 | $90.4 | 3.12 | $16.7 | 0.34 | $33.6 | 0.71 | $170.4 | 2.77 | $96.7 | 1.39 | $168.9 | 2.90 | $44.9 | 1.29 | $36.9 | NA*** |
| 2020 | Q1 | $211.5 | 11.02 | $78.7 | 1.71 | $93.9 | 3.18 | $17.2 | 0.34 | $34.5 | 0.72 | $171.9 | 2.76 | $103.5 | 1.44 | $176.3 | 2.99 | $48.8 | 1.38 | $31.2 | NA*** |
| | Q2 | $205.1 | 10.78 | $79.0 | 1.71 | $94.7 | 3.18 | $17.6 | 0.35 | $35.3 | 0.73 | $172.6 | 2.75 | $107.5 | 1.46 | $182.8 | 3.09 | $51.1 | 1.44 | $43.6 | NA*** |
| | Q3 | $203.7 | 10.73 | $78.1 | 1.71 | $94.0 | 3.17 | $17.5 | 0.35 | $35.8 | 0.74 | $173.1 | 2.76 | $108.5 | 1.48 | $189.4 | 3.20 | $48.5 | 1.39 | $61.6 | NA*** |
| | Q4 | $202.6 | 10.71 | $78.4 | 1.73 | $93.4 | 3.16 | $17.4 | 0.35 | $36.0 | 0.75 | $173.0 | 2.77 | $108.9 | 1.49 | $191.6 | 3.22 | $48.9 | 1.41 | $66.3 | NA*** |
| 2021 | Q1 | $204.8 | 10.73 | $78.2 | 1.74 | $93.0 | 3.15 | $17.3 | 0.35 | $36.3 | 0.75 | $173.2 | 2.77 | $109.8 | 1.50 | $193.7 | 3.25 | $48.8 | 1.40 | $95.3 | NA*** |
| | Q2 | $204.5 | 10.67 | $77.4 | 1.73 | $92.2 | 3.13 | $17.1 | 0.35 | $36.4 | 0.76 | $172.8 | 2.76 | $110.3 | 1.50 | $194.9 | 3.27 | $48.7 | 1.40 | $121.1 | NA*** |
| | Q3 | $204.3 | 10.63 | $77.0 | 1.72 | $91.6 | 3.11 | $17.0 | 0.35 | $36.6 | 0.76 | $172.2 | 2.75 | $110.5 | 1.50 | $195.7 | 3.28 | $48.4 | 1.39 | $139.5 | NA*** |
| | Q4 | $201.6 | 10.54 | $75.6 | 1.70 | $90.6 | 3.09 | $16.9 | 0.34 | $37.4 | 0.77 | $172.8 | 2.76 | $111.7 | 1.52 | $199.7 | 3.34 | $47.5 | 1.38 | $143.0 | NA*** |
| 2022 | Q1 | $208.9 | 10.77 | $77.6 | 1.81 | $89.6 | 3.07 | $16.7 | 0.34 | $37.8 | 0.78 | $171.8 | 2.75 | $112.5 | 1.52 | $201.4 | 3.36 | $47.0 | 1.36 | $160.7 | NA*** |
| | Q2 | $209.0 | 10.71 | $76.4 | 1.79 | $88.4 | 3.03 | $16.6 | 0.34 | $38.0 | 0.79 | $170.0 | 2.72 | $112.9 | 1.52 | $201.4 | 3.36 | $46.4 | 1.34 | $183.8 | NA*** |
| | Q3 | $209.2 | 10.69 | $75.6 | 1.78 | $87.5 | 3.01 | $16.5 | 0.34 | $38.6 | 0.80 | $169.6 | 2.71 | $113.3 | 1.53 | $202.4 | 3.37 | $46.1 | 1.33 | $198.2 | NA*** |
| | Q4 | $208.0 | 10.65 | $75.0 | 1.77 | $86.7 | 2.99 | $16.3 | 0.33 | $38.7 | 0.80 | $167.7 | 2.68 | $113.2 | 1.52 | $201.3 | 3.36 | $45.8 | 1.32 | $208.2 | NA*** |
| 2023 | Q1 | $209.6 | 10.70 | $76.5 | 1.80 | $85.7 | 2.97 | $16.0 | 0.33 | $39.4 | 0.82 | $165.6 | 2.65 | $113.1 | 1.52 | $200.0 | 3.34 | $45.0 | 1.31 | $242.8 | NA*** |
| | Q2 | $211.2 | 10.72 | $77.3 | 1.81 | $84.8 | 2.94 | $15.7 | 0.33 | $39.0 | 0.82 | $162.9 | 2.63 | $113.5 | 1.52 | $197.1 | 3.31 | $44.2 | 1.29 | $260.5 | NA*** |
| | Q3 | $217.8 | 10.98 | $75.7 | 1.78 | $83.9 | 2.92 | $15.4 | 0.32 | $38.9 | 0.82 | $161.0 | 2.61 | $114.2 | 1.52 | $195.7 | 3.29 | $43.8 | 1.28 | $265.1 | NA*** |
| | Q4 | $330.5 | 14.64 | $83.5 | 1.89 | $72.8 | 2.66 | $31.4 | 0.61 | $42.3 | 1.00 | $148.3 | 2.46 | $122.0 | 1.61 | $271.0 | 4.90 | $36.0 | 1.07 | $28.3 | NA*** |
| 2024 | Q1 | $295.3 | 13.83 | $82.6 | 1.82 | $67.1 | 2.48 | $31.8 | 0.61 | $46.1 | 1.14 | $132.8 | 2.24 | $110.3 | 1.47 | $369.4 | 6.82 | $30.1 | 0.93 | $22.4 | NA*** |
| | Q2 | $285.4 | 13.45 | $76.0 | 1.69 | $63.5 | 2.36 | $33.6 | 0.63 | $49.6 | 1.21 | $119.2 | 2.05 | $103.8 | 1.39 | $429.4 | 7.83 | $26.2 | 0.83 | $23.5 | NA*** |
| | Q3 | $280.3 | 13.36 | $78.7 | 1.68 | $63.2 | 2.31 | $35.2 | 0.65 | $51.1 | 1.24 | $112.2 | 1.94 | $101.2 | 1.35 | $447.4 | 7.96 | $25.3 | 0.79 | $21.1 | NA*** |
| | Q4 | $284.4 | 13.52 | $87.9 | 1.75 | $64.1 | 2.32 | $35.4 | 0.65 | $51.3 | 1.24 | $111.9 | 1.91 | $101.6 | 1.34 | $449.6 | 8.00 | $25.3 | 0.78 | $15.2 | NA*** |
| 2025 | Q1 | $306.4 | 14.13 | $94.3 | 1.81 | $63.5 | 2.29 | $37.8 | 0.69 | $50.5 | 1.21 | $112.5 | 1.91 | $101.7 | 1.32 | $446.3 | 7.94 | $27.3 | 0.83 | $13.0 | NA*** |
| | Q2 | $323.3 | 14.42 | $98.2 | 1.84 | $64.7 | 2.31 | $39.0 | 0.70 | $50.1 | 1.19 | $116.6 | 1.97 | $100.5 | 1.30 | $439.7 | 7.84 | $24.4 | 0.74 | $13.4 | NA*** |
| | Q3 | $323.0 | 14.40 | $98.2 | 1.85 | $67.4 | 2.36 | $38.8 | 0.69 | $51.7 | 1.22 | $131.5 | 2.17 | $102.9 | 1.33 | $433.0 | 7.73 | $22.9 | 0.69 | $11.3 | NA*** |
| | Q4 | $312.3 | 14.17 | $94.9 | 1.77 | $69.6 | 2.40 | $37.4 | 0.67 | $55.6 | 1.31 | $156.4 | 2.46 | $114.9 | 1.46 | $410.0 | 7.43 | $21.9 | 0.67 | $10.4 | NA*** |
| 2026 | Q1 | $283.3 | 12.83 | $88.0 | 1.65 | $66.5 | 2.23 | $35.8 | 0.63 | $56.3 | 1.32 | $176.7 | 2.65 | $121.4 | 1.48 | $395.3 | 7.19 | $16.9 | 0.52 | $9.4 | NA*** |
| | Q2 | $272.2 | 11.95 | $81.1 | 1.54 | $63.3 | 2.10 | $36.6 | 0.64 | $55.9 | 1.30 | $197.0 | 2.92 | $127.9 | 1.53 | $383.0 | 6.99 | $13.5 | 0.43 | $10.5 | NA*** |

Notes
* For a breakdown of Income-Based Repayment and Pay As You Earn by partial financial hardship status, please select the worksheet labeled DL-IDRbyPFH. Please note this information is available beginning with Q3 of FY2015.