UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HEATHER HAVENS, *et al.,* <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.,* <br><br> *Defendants*. | Civil Action No. 1:26-cv-816-LLA |

**DECLARATION OF RACHEL ELIZABETH SMITH**

I, Rachel Elizabeth Smith, declare as follows:

1.      I am over the age of 18 and competent to make this declaration. The facts stated here are based on my own personal knowledge, and if called to testify I could and would testify to them.

2.      I live in Chicago, IL.

3.      I work as a Licensed Clinical Psychologist at Hearthstone Psychology.

4.      I have approximately $307,447 in federal student loans (Direct Loans) that I borrowed between 1999 and 2016 to pay for my undergraduate, master's, and doctoral education at Union University, University of Tennessee, Richmont Graduate University, and Wheaton College.

5.      My federal student loans are serviced by MOHELA.

6.      Because I am not a "new borrower" as the PAYE and New IBR plans require, I am not eligible for the PAYE or New IBR repayment plans or their benefits.

7.      I enrolled in the REPAYE repayment plan in December 2016. My loans were automatically transitioned into the SAVE repayment plan. Since approximately July 2024, my loans have been in forbearance in connection with the litigation over the SAVE plan.

8.     Under the REPAYE plan, my monthly payment was approximately $709. I know this because this is what my payment was in March of 2020 under REPAYE. It is based on my annual income in 2019 of about $123,000 and a family size of 1, and my projected income has not changed significantly since that time, and I have not been required to recertify my income.

9.     On July 1, I received a notice stating that I must choose a new repayment plan within 90 days, or I will be moved into a different plan automatically. Exhibit 1.

10.    On July 3, I logged into studentaid.gov and used the repayment calculator to determine what my repayment options were. Based on that calculation, the lowest monthly payment available to me under the repayment plans the Department is currently offering is approximately $1,134 per month, under the Repayment Assistance plan.

11.    That is about $425 more per month — roughly $5,100 more per year — than I would pay under REPAYE.

12.    An increase of that size would be a serious hardship for me. I am already struggling to support myself and my partner. An extra $425 per month means that I would not be able to replace my car when it dies, it means that we cannot afford to foster children as we have always wanted to; I cannot afford to see patients for free or low fees; I cannot contribute toward the cost of our elderly parents' care, leaving our siblings to bear the burden; and I cannot catch up with my retirement contributions.

13.    If my monthly payment rises to $1,134, I am at real risk of falling behind on my loans and defaulting on my mortgage, which I understand would damage my credit and potentially lead to losing our home.

14.    I made decisions about our mortgage, my career path, and family planning in reliance on being able to repay under REPAYE and/or SAVE (depending on when decisions were made), and receiving the forgiveness I was promised on the timeline I was promised.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 10, 2026, at Chicago, IL.


*/s/ Rachel Elizabeth Smith*

Rachel Elizabeth Smith

# Exhibit 1

**From:** MOHELA███████████████████
**Subject:** You Have 90 Days to Select a New Repayment Plan
**Date:** July 1, 2026 at 7:48 PM
**To:** ████████████████



## New Plan Required: 90 Days

A recent legal settlement ended the Saving on a Valuable Education (SAVE) Plan, and it is no longer available to borrowers. As a result of the settlement, MOHELA was directed by the U.S. Department of Education (ED) to move all borrowers out of the SAVE Plan. **You must now select a new repayment plan.** If you're currently enrolled in the SAVE Plan but don't submit a new application for a different repayment plan within 90 days, you will be placed on the Standard Repayment Plan. If you have a new loan in repayment on or after July 1, 2026, we will place you on the Tiered Standard Plan.

Visit StudentAid.gov/repayment-calculator to estimate monthly payments, determine your eligibility, and choose the repayment plan that best meets your needs and goals.

You can find more information about the settlement at StudentAid.gov/courtactions.

If you have questions, contact MOHELA.

**Apply Faster by Sharing Your Federal Tax Information**
If you have eligible loans, applying for a new income-driven repayment (IDR) plan is quick and easy if you provide consent for ED to obtain your federal tax information directly from the IRS. This allows ED to process your application faster and eliminates the time-consuming work of manually uploading your income information.

information.

By providing consent for ED to access your federal tax information, ED can automatically recertify your IDR plan.

Visit StudentAid.gov/idr to begin your application.

**Lower Your Interest Rate on Auto Pay**
If you're not already on auto pay, sign up now to lower your interest rate on eligible federal student loans. Starting July 1, 2026, when you sign up for auto pay, the interest rate will be reduced by 1%. This interest rate reduction means you'll accrue less interest and pay off your loans faster.

To get this benefit, you must
- have Direct Loans disbursed on or after July 1, 2012,
- enroll in auto pay by 11:59 p.m. Eastern time on Sept. 30, 2026, and
- remain on auto pay and stay in active repayment on your federal student loans.

After June 30, 2028, your interest rate discount will automatically revert to 0.25%, the standard auto pay interest rate reduction.

**Beware of Scams**
Avoid student aid scams. You might be contacted by a company saying they will help you get loan discharge or cancellation for a fee. Make sure you work only with ED's office of Federal Student Aid (FSA) and its official loan servicers (like us). We will always help you for free. Our emails come only from noreply@mohela.studentaid.gov and info@mohela.studentaid.gov, and emails from FSA come only from noreply@studentaid.gov.

Never reveal your personal information or account password to anyone.

**How to Contact Us**
Visit Mohela.studentaid.gov/contact for our contact information.

Sincerely

Sincerely,
MOHELA

## Federal **Student Aid**
*An OFFICE of the U.S. DEPARTMENT of EDUCATION*

MOHELA is a servicer for Federal Student Aid. We're here to assist you with managing your loans.

**Resources**

StudentAid.gov                    *Loan Simulator*

in  X  f

This email was sent by:

MOHELA

NMLS 1442770

633 Spirit Drive

Chesterfield, MO 63005

This email is an attempt to communicate timely information to you. You received this message because you are a MOHELA customer and signed up for our eDelivery of your notifications. Replies to this message will not be read or responded to. If you want to contact us or cancel your participation in our eDelivery program, log into mohela.studentaid.gov or contact customer service at 1-888-866-4352 (Toll Free).

Privacy Policy

This message is an attempt to collect a debt and any information obtained will be used for that purpose.

California residents: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may

not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Massachusetts residents: If you are struggling with your student loans, please visit www.mass.gov/ago/studentloans to get help from the Ombudsman's Student Loan Assistance Unit.

Feedback