**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

HEATHER HAVENS, *et al.,*

     *Plaintiffs*,

v.

U.S. DEPARTMENT OF EDUCATION, *et al.,*

     *Defendants*.

Civil Action No. 1:26-cv-816-LLA

**DECLARATION OF JESSICA HAINES**

I, Jessica Haines, declare as follows:

1.    I am over the age of 18 and competent to make this declaration. The facts stated here are based on my own personal knowledge, and if called to testify, I could and would testify to them.

2.    I live in Rochester, NY.

3.    I work as a Cybersecurity Analyst at Oak Ridge Associated Universities.

4.    I have approximately $130,000 in federal student loans (Direct Loans) that I borrowed between 2003 and 2007 to pay for my undergraduate and graduate education at Belmont University and The University of Surrey.

5.    My federal student loans are serviced by EdFinancial.

6.    Because I am not a "new borrower" as the PAYE and New IBR plans require, I am not eligible for the PAYE or New IBR repayment plans or their benefits.

7.    Following the regulatory change, my repayment plan was automatically transitioned from REPAYE to SAVE. Since approximately July 2024, my loans have been in

forbearance in connection with the litigation over the SAVE Plan.

8.      On July 1, 2026, I received a notice from EdFinancial stating that I must choose a new repayment plan within 90 days or I will be moved into a different plan automatically.

9.      Under the REPAYE Plan, my monthly payment would be approximately $654. I calculated this by logging into Studentaid.gov and using the Department of Education's Repayment Calculator on July 10, 2026. Using that tool, I saw the Old IDR estimate of $982 and multiplied that number by 0.666 to get a REPAYE estimate of $654.01.[1] This calculation is based on my annual income of about $111,000 and a family size of 2.

10.     The lowest fixed monthly payment available to me under the repayment plans the Department is currently offering is approximately $925 per month, under the Repayment Assistance Plan.

11.     That is $270.99 more per month — roughly $3,251.86 more per year — than I would pay under REPAYE.

12.     An increase of that size would be a serious hardship for me. I have lost access to more affordable repayment plans due to the removal of REPAYE. This will significantly increase my payments and cause unnecessary financial hardship for my husband and me. We will have to significantly reduce our retirement contributions, forgo our travel plans, and change the way we grocery shop to make space for these payments.

13.     The uncertainty about my student loans has caused me significant stress and worry. I have lost sleep over this saga out of fear of ongoing financial hardship that feels completely unfair and unnecessary. I suffer from chronic migraines and EDS hypermobility, and I believe my symptoms have worsened due to my stress levels relating to the past, present, and

---

[1] Old IDR monthly payments are equal to 15 percent of a borrower's discretionary income. Old IDR and REPAYE define discretionary income the same way, but REPAYE monthly payments are equal to 10 percent of a borrower's discretionary income.

future changes with my student loans.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 7/10/2026, at Rochester, NY.

*/s/ Jessica Haines*

Jessica Haines