**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| HEATHER HAVENS, *et al.,* |
| |
|     *Plaintiffs*, |
| |
| v. |
| |
| U.S. DEPARTMENT OF EDUCATION, *et al.,* |
| |
|     *Defendants*. |

Civil Action No. 1:26-cv-816-LLA

**DECLARATION OF SHANNA HAYES**

I, Shanna Hayes, declare as follows:

1.      I am over the age of 18 and competent to make this declaration. The facts stated here are based on my own personal knowledge, and if called to testify, I could and would testify to them.

2.      I live in Washington, DC, and have been an educator since 2014.

3.      I work as a Special Education Teacher at Sheppard Pratt School in Rockville, MD.

4.      I have approximately $139,452.67 in federal student loans (Direct Loans) that I borrowed between 2007 and 2018 to pay for my undergraduate education at New England College and graduate education at Southern New Hampshire University.

5.      Because I am not a "new borrower" as the PAYE and New IBR plans require, I am not eligible for the PAYE or New IBR repayment plans or their benefits.

1

6.      My federal student loans are currently serviced by Missouri Higher Education Loan Authority (MOHELA). I consolidated my loans in June 2024 so I could repay all of my loans under the SAVE plan and applied for enrollment in that plan at the time.

7.      Due to the SAVE injunction, this application was never processed, but all of my loans were placed into forbearance until sometime in October of 2025, at which point one loan returned to regular repayment, and my second loan remained in forbearance.

8.      In May 2026, all of my loans returned to repayment under the Standard Repayment Plan with a due date of July 1, 2026, with a total monthly payment of approximately $860 – far more than my family can afford. I could not afford that payment this month, so I am currently delinquent on these loans.

9.      On July 6, I logged into studentaid.gov to try and understand the options available to me. According to the Federal Student Aid Repayment Calculator, it appears that the lowest monthly payment available to me under the repayment plans the Department is currently offering is approximately $717 per month, under the Repayment Assistance Plan (RAP).

10.      The calculator does not include the REPAYE Plan, but this would be my lowest monthly payment if my loans were placed into this plan. I know this because I calculated my monthly REPAYE payment by using my loan balance, interest rate, disbursement date, and annual gross income (AGI). I used the Student Aid Loan Calculator to determine my monthly payment if placed on the Old IBR plan, which was $888, and then multiplied this monthly payment amount by two-thirds (0.666), which resulted in the REPAYE monthly payment amount of $591.[1]

---

[1] Old IDR monthly payments are equal to 15 percent of a borrower's discretionary income. Old IDR and REPAYE define discretionary income the same way, but REPAYE monthly payments are equal to 10 percent of a borrower's discretionary income.

11.     Without REPAYE I will be forced to pay $126 per month more than I would with REPAYE or about $1,512 per year.

12.     An increase of that size would be a serious hardship for me and my family. I was in a moped accident in October 2024, which left me hospitalized for approximately one month, relearning to walk and complete other basic life functions, and kept me out of work for over four months. While the accident was not my fault, we have had to bear the costs of my care and subsequent rehab while litigation plays out. Moreover, I had to purchase a new vehicle, given my moped was totaled, and my car payment was an added expense we did not foresee.

13.     Other expenses like car payments, rent, credit card, and medical debt related to my accident, along with the continued increase in basic goods like gas and groceries, do not leave an extra $126 a month to cover the increased amount I will have to pay under RAP compared to REPAYE. If this monthly payment becomes my reality, my family will be forced to choose which bills to pay, and, for the first time in my loan history, may face default, negatively impacting my credit score.

14.     We are avid household budgeters and are struggling to understand how we could be in this position after having followed the steps recommended by my servicers and the Department of Education.

15.     My family has made decisions about our lives, including moving from NH to DC for a job opportunity and what affordable housing options were based on our previous monthly payments under the SAVE plan. We are now locked in some of these choices (monthly rent and lease), and the unexpected extreme increase in our collective student loan payments is leaving us feeling disappointment, shame, and failure.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 10, 2026, at Washington, D.C.


*/s/ Shanna Hayes*

Shanna Hayes