**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

HEATHER HAVENS, *et al.,*

    *Plaintiffs*,

v.

U.S. DEPARTMENT OF EDUCATION, *et al.,*

    *Defendants*.

Civil Action No. 1:26-cv-816-LLA

**DECLARATION OF JILL LOMHEIM**

I, Jill Lynn Lomheim, declare as follows:

1.    I am over the age of 18 and competent to make this declaration. The facts stated here are based on my own personal knowledge, and if called to testify I could and would testify to them.

2.    I live in Santa Ana, California.

3.    I work as an Advanced Placement (AP) and International Baccalaureate (IB) English Teacher at Fullerton Joint Union High School District and a Lecturer at California State University Fullerton.

4.    I have approximately $138,675 in federal student loans (Direct Loans) that I borrowed between 2004 and 2014 to pay for my graduate education at Claremont Graduate University for my PhD and Azusa Pacific University for my master's degree.

5.    My federal student loans are serviced by EdFinancial Services.

6.    Because I am not a "new borrower" as the PAYE and New IBR plans require, I am not eligible for the PAYE or New IBR repayment plans or their benefits.

1

7.    In July 2024, my loans were placed into a forbearance in connection with the litigation over the SAVE plan. This forbearance was imposed by the Department of Education; it was not requested by me.

8.    On June 1, 2026, I submitted an application to enroll in the Income-Based Repayment (IBR). Following this application, I've received a series of confusing and contradictory information about my repayment status.

9.    Specifically, between June 11 and July 1, 2026, I was told all of the following in official communications from either EdFinancial or the Department of Education's website:

a.    I am enrolled in the Income-Driven Repayment (IDR) plan;

b.    I am enrolled in the Income-Based Repayment (IBR) plan;

c.    My repayment begins July 12, 2026;

d.    My repayment begins August 24, 2026;

e.    My repayment begins November 12, 2028;

f.    My monthly payment is $2,186.41;

g.    My monthly payment is $2,502.12;

h.    My monthly payment is $1,602.96.

10.    On July 10, 2026, I logged into StudentAid.gov and used the repayment calculator to determine my monthly payment options. Based on the calculator, my lowest fixed monthly payment available to me is under the Repayment Assistance Plan (RAP), which is estimated to be roughly $847 per month.

11.    However, under the REPAYE plan, my monthly payment would be approximately $604.73, which is $242.27 less than the lowest plan estimate of $847 under RAP. I know this because I used the Loan Simulator on StudentAid.gov to calculate to find my old

IBR monthly amount, which is $908. I multiplied that by 0.666 to find an estimate of the REPAYE amount.[1] This is all based on my 2025 earned income of about $113,000 and a family size of 3.

12.    My monthly payment on RAP would be about $242.27 more per month — $2,907.24 more per year — than my monthly payment on REPAYE.

13.    An increase of this size would create a significant financial hardship for me. I am a single mother supporting two children, a high school student and a junior high student. As a public educator, I work two jobs — teaching high school full-time and teaching college courses — to provide for my family and meet our basic financial obligations. While this increase in monthly payment may appear modest to some people, it comes at a time when the cost of living in California has risen dramatically. Housing, groceries, utilities, transportation, insurance, and other essential expenses have all increased substantially in 2026, leaving very little flexibility in my monthly budget. A payment increase of this size would force me to make difficult choices between paying my student loans and meeting my family's essential needs.

14.    Like many single parents, I am not only paying for today's necessities but also trying to prepare my children for their futures. My oldest son is preparing to enter college, and my younger child will soon follow. I am doing everything I can to help them pursue higher education without placing them under overwhelming financial burdens. Every additional dollar required for my student loan payment is a dollar that cannot be used for their educational expenses, school activities, transportation, or basic household needs. Despite working two

---

[1] Old IDR monthly payments are equal to 15 percent of a borrower's discretionary income. Old IDR and REPAYE define discretionary income the same way, but REPAYE monthly payments are equal to 10 percent of a borrower's discretionary income.

education jobs, I do not have excess income. My salary reflects a career in public service, not one that has kept pace with California's rising cost of living.

15.     Not having access to REPAYE will create ongoing financial strain that directly impacts my ability to sustain my household.

16.     I made decisions about my savings, my debt, and my household in reliance on receiving the lower payments I was told I had earned.

17.     I have consistently acted in good faith, complied with every request made of me, submitted timely and required documentation, and relied upon the Department of Education's published repayment and forgiveness programs in planning my financial future.

18.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on July 10, 2026, in Fullerton, California.


*/s/ Jill Lynn Lomheim*

Jill Lynn Lomheim

4