**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| HEATHER HAVENS, *et al.,*<br><br>    *Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.,*<br><br>    *Defendants.* | Civil Action No. 1:26-cv-816-LLA |

**SUPPLEMENTAL DECLARATION OF JESSICA HAINES**

I, Jessica Haines, declare as follows:

1. I am over the age of 18 and competent to make this declaration. The facts stated here are based on my own personal knowledge, and if called to testify, I could and would testify to them.

2. I live in Rochester, NY.

3. I work as a Cybersecurity Analyst at Oak Ridge Associated Universities.

4. I reviewed the Second Declaration of Anthony Lowery (Lowery Declaration) filed on July 29, 2026 that referenced my student loan account.

5. I am submitting this supplemental declaration in response to certain inaccurate information provided in the Lowery Declaration.

6. The Lowery Declaration states that, "the most recent income statement the agency has on file for [me] is $0, recorded in December 2024." This is inaccurate.

7. I have always completed the IDR application and recertification forms honestly and provided a complete accounting of my income.

8. On July 31, 2026 I logged into my federal student aid account at studentaid.gov

and initiated a chat with a Federal Student Aid (FSA) representative.

9.      I informed the representative that I had a question about the December 2024 IDR Application and asked "how my income was entered into the form?" Haines Exhibit A.

10.      The FSA agent informed me that I had uploaded a W-2 at the time of application, which listed an income of $104,528.

11.      I do not know why the Lowery Declaration says the most income on file from December 2024 reflects $0. I accurately submitted my income and was able to confirm that with an FSA agent.

12.      Following the chat, I downloaded a transcript of the chat using a feature on the studentaid.gov website. The attached Haines Exhibit A is a true and correct copy of that transcript.

13.      Upon review of the Lowery Declaration, I also realized that I miscalculated my monthly payments in my first Declaration. I inadvertently did not include my husbands income because we file taxes separately and I did not account for that when calculating my REPAYE payment amount. Using his income, REPAYE does not reduce my monthly payment compared to other available repayment plans.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on 8/7/2026, at Rochester, NY.

*/s/ Jessica Haines*

Jessica Haines

# Haines Exhibit A

| | |
|---|---|
| Automated Process | Hello, a representative will be with you shortly. |
| Automated Process | Jordan ✚ |
| Automated Process | Hi, my name is Jordan. I am reviewing your question and will help you momentarily. |
| Jordan | How can I help you? |

07/31/2026 06:59 PM GMT

| | |
|---|---|
| Jessica Haines | Hi Jordan - I have a question about my December 2024 IDR Application I submitted. |

07/31/2026 07:00 PM GMT

| | |
|---|---|
| Jessica Haines | Are you able to pull that up for me? |

07/31/2026 07:01 PM GMT

| | |
|---|---|
| Jordan | Yes, what are you inquiring about with the application? |
| Jessica Haines | Can you tell me how my income was entered into the form? Was it transferred via IRS or was it manually input? |

07/31/2026 07:02 PM GMT

Jordan    You uploaded a w-2.

07/31/2026 07:03 PM GMT

Jessica Haines    Can you confirm what my listed income was?

07/31/2026 07:04 PM GMT

Jordan    104,528.

07/31/2026 07:05 PM GMT

Jessica Haines    Great thank you! Can you also tell me what my listed Family size/Tax filing status was on the application?

07/31/2026 07:07 PM GMT

Jordan    Family size: 0

Jordan    Filing status is married but does not say if filed separately or jointly.

07/31/2026 07:08 PM GMT

Jessica Haines    ah okay. Thanks!

Jessica Haines    Was my income w2 uploaded in December of 2024 or was that updated in 2025 via a seperate upload? I can't recall when I gave that information to you all.

07/31/2026 07:09 PM GMT

07/31/2026 07:10 PM GMT

Jessica Haines          Thanks for confirming!

Jessica Haines          Am I able to get a copy of that application for my

                        records?

Jordan                  It should be listed in your student aid account.

07/31/2026 07:11 PM GMT

Jessica Haines          I can't see any detailed information from my

                        application on my account. It just says Closed/

                        PAYE and the date.

Jessica Haines          Am I supposed to have access to the entire file?

07/31/2026 07:12 PM GMT

Jordan                  You should be able to see the whole application

                        that was submitted.

07/31/2026 07:14 PM GMT

Jessica Haines          I can confirm I definitely do not. Is there a way

                        you could send me that?

Jessica Haines          I can send you a screenshot of what i can see?

07/31/2026 07:16 PM GMT

Jessica Haines          Screenshot 2026-07-31 151618.png

| Jordan | I cannot, you can submit a feedback case on our website and request a copy or see if your servicer can provide one to you. |
| --- | --- |
| Jessica Haines | Okay i will do that thanks! One other question for you. |

07/31/2026 07:18 PM GMT

| Jessica Haines | This application was denied and closed based on a letter I received a couple of a weeks ago, because it said I did not include my income. Clearly I did. Can you tell me why it was denied |
| --- | --- |

07/31/2026 07:19 PM GMT

| Jordan | You would have to speak with your servicer regarding the application as they are the ones that process it. |
| --- | --- |
| Jessica Haines | So Edfinancial is who would know? |

07/31/2026 07:20 PM GMT

| Jordan | Yes. |
| --- | --- |
| Jessica Haines | Great thanks for your help Jordan. Have a great weekend. |