**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

HEATHER HAVENS, *et al.,*

     *Plaintiffs*,

v.

U.S. DEPARTMENT OF EDUCATION, *et al.,*

     *Defendants*.

Civil Action No. 1:26-cv-816-LLA

**SUPPLEMENTAL DECLARATION OF SHANNA HAYES**

I, Shanna Hayes, declare as follows:

1. I am over the age of 18 and competent to make this declaration. The facts stated here are based on my own personal knowledge, and if called to testify, I could and would testify to them.

2. I live in Washington, DC, and have been an educator since 2014.

3. I work as a Special Education Teacher at Sheppard Pratt School in Rockville, MD.

4. I reviewed the Second Declaration of Anthony Lowery (Lowery Declaration) filed on July 29, 2026, that referenced my student loan account.

5. I am submitting this supplemental declaration in response to certain misleading information provided in the Lowery Declaration.

6. The Lowery Declaration states that, "the most recent income statement the agency has on file is $0, recorded in May 2024." This is misleading.

1

7.     I have always completed the IDR application and recertification forms honestly and provided a complete accounting of my income.

8.     On August 5, 2026, I called my student loan servicer MOHELA to inquire about my May 2024 application.

9.     I asked whether there was income information on file for that application and the agent confirmed that I submitted four W-2 income documents with the application. The agent told me that based on their records those W-2s reflected income my wife and I earned in 2023 which totaled $135,527. The agent confirmed the exact amounts on each W-2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 7, 2026, at Washington, D.C.

*/s/ Shanna Hayes*

Shanna Hayes