**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

HEATHER HAVENS, *et al.,*

     *Plaintiffs*,

v.

U.S. DEPARTMENT OF EDUCATION, *et al.,*

     *Defendants*.

Civil Action No. 1:26-cv-816-LLA

**SUPPLEMENTAL DECLARATION OF JILL LOMHEIM**

I, Jill Lynn Lomheim, declare as follows:

1.     I am over the age of 18 and competent to make this declaration. The facts stated here are based on my own personal knowledge, and if called to testify I could and would testify to them.

2.     I live in Santa Ana, California.

3.     I work as an Advanced Placement (AP) and International Baccalaureate (IB) English Teacher at Fullerton Joint Union High School District and a Lecturer at California State University Fullerton.

4.     I reviewed the Second Declaration of Anthony Lowery (Lowery Declaration) filed on July 29, 2026 that referenced my student loan account.

5.     I am submitting this supplemental declaration in response to certain misleading information provided in the Lowery Declaration.

6.     The Lowery Declaration states that, "the most recent income statement the agency has on file for [me] is $0, recorded on May 26, 2026." This is misleading.

1

7.    I have always completed the IDR application and recertification forms honestly and provided a complete accounting of my income.

8.    On July 30, 2026, I logged into studentaid.gov to check on the status of my IDR application which had been pending since May 26, 2026.

9.    I had previously received a series of communications representing different payment amounts due. Lomheim Decl. ¶ 9, ECF 26-3.

10.    Once logged in, I navigated to the "my activity" section of the website and was able to view information about the IDR application I submitted May 26, 2026. Attached as Lomheim Exhibit A is a true and correct copy of the page I saw once I navigated to this application.

11.    On July 30, 2026 I emailed a copy of this screenshot to Austin Hinkle to include in the declaration.

12.    That page shows that my application was completed and I requested the Income-Based Repayment Plan (Old IBR) with a monthly payment of $891.39. The records reflect that this application was completed on June 13, 2026.

13.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 7, 2026, in Fullerton, California.

*/s/ Jill Lynn Lomheim*
Jill Lynn Lomheim

2

# Lomheim Exhibit A

