**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| HEATHER HAVENS, *et al.,* |
| *Plaintiffs,* |
| v. |
| U.S. DEPARTMENT OF EDUCATION, *et al.,* |
| *Defendants*. |

Civil Action No. 1:26-cv-816-LLA

**SUPPLEMENTAL DECLARATION OF RACHEL ELIZABETH SMITH**

I, Rachel Elizabeth Smith, declare as follows:

1.      I am over the age of 18 and competent to make this declaration. The facts stated here are based on my own personal knowledge, and if called to testify I could and would testify to them.

2.      I live in Chicago, IL.

3.      I work as a Licensed Clinical Psychologist at Hearthstone Psychology.

4.      I reviewed the Second Declaration of Anthony Lowery (Lowery Declaration) filed on July 29, 2026 that referenced my student loan account.

5.      I am submitting this supplemental declaration in response to certain misleading information provided in the Lowery Declaration.

6.      The Lowery Declaration states that, "the most recent income statement the agency has on file for [me] is $0, recorded in November 2019." This is misleading.

7.      I have always completed the IDR application and recertification forms honestly and provided a complete accounting of my income.

8.      When I recertified for IDR in 2019 for IDR I used my 2018 adjusted gross income which was $103,922.

9. Based on that income and my family size of 1, my monthly payment was calculated at $709.89

10. Because I was recertifying IDR rather than applying for a new plan, my prior monthly payment of $181.87 continued through January 2020. In February of 2020 my monthly payment amount was updated to $709.89. I made that payment for two months before the COVID related forbearance was applied to my account. I am attaching my payment history from my servicer to show these payments as Smith Exhibit A. It is a true and correct copy of the payment history provided by my loan servicer MOHELA. I emailed a copy of this payment history to Austin Hinkle on July 30, 2026.

11. August 7, 2026 I logged into my account on studentaid.gov and used the chat feature to ask whether Federal Student Aid had any records of my 2019 application and if they could confirm the income that I used.

12. During the chat the agent directed me to my loan servicer and to the 'My Activity' section of the studentaid.gov website. I had previously spoken with my servicer who told me to contact federal student aid for that application. The IDR application was not available on the 'My Activity' portion of the website either.

13. I am attaching the transcript of this conversation with FSA as Smith Exhibit B. It is a true and correct copy of the conversation. I emailed this transcript to Austin Hinkle on August 7, 2026.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 7, 2026, at Chicago, IL.


*/s/ Rachel Elizabeth Smith*

Rachel Elizabeth Smith

# Smith Exhibit A



Official Servicer *of*
Federal **Student** Aid

Payment Methods    In Repayment    Loan Forgiveness & Discharge ⊠

Account Summary
Loan Details
Payments & Billing ⊠
Repayment Options
Inbox
Upload
More...

⊠ Rachel ⊠

# Account History

The information contained on this page is current as of the day the information is requested. Transactions in your Account History may change due to normal account processing, such as a change in payment allocation or a retroactive change in your account status. After a transaction has been reapplied, you will no longer be able to view prior applications.

## Display

| By Transaction | ⊠ |
|---|---|

## Date Range

| Life of Loan | ⊠ |
|---|---|

## History ⊠

⊠ Download    ⊠ Print

| Date ⊠ | Description ⊠ | Principal ⊠ | Interest ⊠ | Fees ⊠ | Total ⊠ |
|---|---|---|---|---|---|
| 11/01/2024 | Capitalized Interest | $0.00 | $0.00 | $0.00 | $0.00 |
| 08/10/2024 | Capitalized Interest | $0.00 | $0.00 | $0.00 | $0.00 |
| 08/01/2024 | Capitalized Interest | $0.00 | $0.00 | $0.00 | $0.00 |
| 07/01/2024 | Capitalized Interest | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/09/2024 | Payment | $0.00 | -$592.64 | $0.00 | -$592.64 |
| 05/09/2024 | Payment | $0.00 | -$592.64 | $0.00 | -$592.64 |
| 04/09/2024 | Payment | $0.00 | -$592.64 | $0.00 | -$592.64 |
| 03/09/2024 | Payment | $0.00 | -$592.64 | $0.00 | -$592.64 |
| 02/09/2024 | Payment | $0.00 | -$592.64 | $0.00 | -$592.64 |
| 01/09/2024 | Payment | $0.00 | -$592.64 | $0.00 | -$592.64 |
| 12/09/2023 | Payment | $0.00 | -$592.64 | $0.00 | -$592.64 |
| 11/09/2023 | Payment | $0.00 | -$592.64 | $0.00 | -$592.64 |
| 10/09/2023 | Payment | $0.00 | -$592.64 | $0.00 | -$592.64 |
| 03/09/2020 | Payment | $0.00 | -$709.89 | $0.00 | -$709.89 |
| 02/09/2020 | Payment | -$37.66 | -$672.23 | $0.00 | -$709.89 |

| 01/09/2020 | Payment | $0.00 | -$181.87 | $0.00 | -$181.87 |
| 12/09/2019 | Payment | $0.00 | -$181.87 | $0.00 | -$181.87 |
| 11/09/2019 | Payment | $0.00 | -$181.87 | $0.00 | -$181.87 |
| 10/09/2019 | Payment | $0.00 | -$181.87 | $0.00 | -$181.87 |
| 09/09/2019 | Payment | $0.00 | -$181.87 | $0.00 | -$181.87 |
| 08/09/2019 | Payment | $0.00 | -$181.87 | $0.00 | -$181.87 |
| 07/09/2019 | Payment | $0.00 | -$181.87 | $0.00 | -$181.87 |
| 06/09/2019 | Payment | $0.00 | -$181.87 | $0.00 | -$181.87 |
| 05/09/2019 | Payment | $0.00 | -$181.87 | $0.00 | -$181.87 |
| 04/09/2019 | Payment | $0.00 | -$181.87 | $0.00 | -$181.87 |
| 03/09/2019 | Payment | $0.00 | -$181.87 | $0.00 | -$181.87 |
| 02/09/2019 | Payment | $0.00 | -$181.87 | $0.00 | -$181.87 |
| 12/22/2016 | Disbursement | $266,885.04 | $0.00 | $0.00 | $266,885.04 |



**Federal Student Loan Management**

**Postpone Payments**
**Loan Forgiveness & Discharge**
**Loan Consolidation**
**Military Benefits**

**Help & Support**
**Contact Us**
**Info Center**
**FAQs**
**Sitemap**

**About Us**
**New to MOHELA**
**About MOHELA**
**Careers**
**Feedback**

Official Servicer of
Federal **Student Aid**
An OFFICE of the U.S. DEPARTMENT of EDUCATION

Federal Student Aid (FSA) is your federal loan prov
servicers (private companies) like Mohela to manag
questions, and payments, and to help you enroll in t
repayment plan for you.

**Learn more about Federal Student Aid** ⊠

**See your repayment options with** *Repayme*
⊠

**Contact Info**

1-888-866-4352 (Toll Free)
636-532-0060 (International)
TTY: Dial 711

Fax
866-222-7060
636-787-4038 (International)

Public Service Loan Forgiveness
800-4-FEDAID (Toll Free)

Privacy Policy     Security     Accessibility     Disclaimer of Endorsement     Massachusetts State Ombudsman          NMLS Resource Center ⊠

usa.gov ⊠     ed.gov ⊠     StudentAid.gov ⊠

*Copyright © 2024 Higher Education Loan Authority of the State of Missouri (MOHELA). All Rights Reserved.*

# Smith Exhibit B

| | |
|---|---|
| Automated Process | Hello, a representative will be with you shortly. |
| Automated Process | Daissy ✚ |
| Automated Process | Hi, my name is Daissy. I am reviewing your question and will help you momentarily. |
| Daissy | How may I assist you? |
| Rachel Smith | Hi, I'm trying to see my previous IDR application and I cannot access it on your website. Do you have more information than what I can see? |

08/07/2026 07:51 PM GMT

| | |
|---|---|
| Daissy | What information are you looking for specifically? |
| Rachel Smith | To find out how I verified my income |
| Rachel Smith | If I used the IRS tool or if I verified another way |

08/07/2026 07:52 PM GMT

| | |
|---|---|
| Rachel Smith | In the 2019 IDR application |
| Daissy | Once you complete the Income Driven Repayment Plan (IDR) application on studentaid.gov, it is sent your loan servicer for processing. You can contact |

| Daissy | To find out who your loan servicer is go to your dashboard on studentaid.gov. You will see a section called "My Loan Servicer". |
| Rachel Smith | My loan servicer does not have it and redirected me back to you |
| Rachel Smith | My current loan servicer is Mohela but this was under MyFedLoan which is no longer there |

08/07/2026 07:53 PM GMT

| Daissy | You can see the IDR applications you have submitted on the My Activity status. |
| Rachel Smith | There is nothing there available other than the date it was submitted |

08/07/2026 07:54 PM GMT

| Daissy | That would be the information available. My apologies. |
| Rachel Smith | So if you don't have it and Mohela does not have it, how can I access that information? |

08/07/2026 07:55 PM GMT

| Daissy | You can refer to the IRS website for information on your income for 2019 or submit a feedback |

| | |
|---|---|
| Daissy | https://studentaid.gov/feedback-center/ |

08/07/2026 07:56 PM GMT

| | |
|---|---|
| Daissy | We will assign your inquiry to the department that can further assist you. |
| Rachel Smith | Okay thank you, I will do that |
| Daissy | Of course. Is there anything else I can assist you with? |
| Rachel Smith | No that was it for today, thanks |

08/07/2026 07:57 PM GMT

| | |
|---|---|
| Daissy | Thank you for chatting with us today. For your reference, your case number is 36356566. You may receive an email with a survey link in which you'll be asked to provide feedback regarding your experience today. For further assistance, submit your inquiry via the Contact Us form at StudentAid.gov/contact. |
| Automated Process | Chat ended |
| Automated Process | Daissy — |