**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| HEATHER HAVENS, *et al.,*<br><br>    *Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.,*<br><br>    *Defendants*. | Civil Action No. 1:26-cv-816-LLA |

**SUPPLEMENETAL DECLARATION OF JESSICA A. SOUTHERN**

I, Jessica A. Southern, declare as follows:

1.    I am over the age of 18 and competent to make this declaration. The facts stated here are based on my own personal knowledge, and if called to testify I could and would testify to them.

2.    I live in Pensacola, Florida.

3.    I am a freelance artist and caregiver for my family.

4.    I reviewed the Second Declaration of Anthony Lowery (Lowery Declaration) filed on July 29, 2026 that referenced my student loan account.

5.    I am submitting this supplemental declaration in response to certain misleading information provided in the Lowery Declaration.

6.    The Lowery Declaration states that, "the most recent income statement the agency has on file for Southern is $0, recorded in August 2023." This is misleading.

7.    I have always completed the IDR application and recertification forms honestly and provided a complete accounting of my income. To the best of my recollection every time I

1

have had the opportunity to use the IRS data tool to link that information for student loan repayment I have done so.

8.      On August 14, 2023, I submitted a change of IDR plan application. Through the application process I took contemporaneous screen shots to document the application because I have had issues downloading documents and submitting forms to FSA in the past.

9.      During the application and projection of my monthly payment under SAVE I entered my 2022 Adjusted Gross Income of $44,657 which represents income from both me and my husband. I am attaching a true and accurate copy of those screen shots as Southern Exhibit A.

10.      On August 7, 2026 I emailed the 2023 screen shots attached as Southern Exhibit A to Austin Hinkle.

11.      Based on that information, the FSA website showed I would have a $0 monthly payment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 7, 2026, in Pensacola, Florida.

*/s/ Jessica A. Southern*

Jessica A. Southern

# Southern Exhibit A

# Income-Driven Repayment (IDR) Plan Request

 Save | C Restart | ⟶ Exit

✓ Contact Information  ✓ Loan Information  ✓ Personal Information  ✓ Financial Information  **5 Repayment Plans**  6 Review and Submit

## Estimate Your Payments

On an income-driven repayment (IDR) plan, your monthly payment is based on your income and family size. In the estimates below, we assume the adjusted gross income you enter will grow each year and that your family size and state of residence will remain the same.

Visit our Loan Simulator to see calculations for repayment plans not based on your income.

### Repayment Estimator

You can edit the fields below to recalculate your estimated monthly payment.

**Remember: Round the total amount to the nearest whole dollar when you enter it.**

How do I calculate my adjusted gross income? >

Combined Adjusted Gross Income

$ | 44657 | .00

**Estimate My Payments**

Show payment estimated under Public Service Loan Forgiveness (PSLF)  ⓘ  ⬤ Off

 **Estimated Plan Selection**

We have selected the most likely options based on the information you provided. Please note these are only estimates and your repayment plan can change, based on final calculations. Your loan servicer will evaluate and determine your eligibility for all repayment plans, monthly payment amounts, and repayment periods.

## Saving on a Valuable Education (SAVE) Plan  📅 Lowest Monthly Payment

*Note:* **The SAVE Plan is the new name for the Revised Pay As You Earn (REPAYE) Repayment Plan.**

Based on your income and family size, your monthly payments are limited to 10% of your discretionary income.

✔ Selected

View Details >

| Monthly Payment | Total To Be Paid | Pay Off Date | Forgiveness Amount |
|---|---|---|---|
| $0 | $7,896 | Jul 2043 | $16,356 |

## Income-Contingent Repayment (ICR) Plan

Based on your income and family size, your monthly payments are generally limited to 20% of your discretionary income.

Select

View Details >

| Monthly Payment | Total To Be Paid | Pay Off Date | Forgiveness Amount |
|---|---|---|---|
| $120 | $23,447 | Jun 2039 | $0 |

## Pay As You Earn (PAYE) Repayment Plan

Based on your income and family size, your monthly payments are limited to 10% of your discretionary income.

Select

View Details >

| Monthly Payment | Total To Be Paid | Pay Off Date | Forgiveness Amount |
|---|---|---|---|
| $126 | $21,869 | Jun 2035 | $0 |

### Your Current Repayment Plan

## Income-Based Repayment (IBR) Plan

Based on your income and family size, your monthly payments are limited to 10-15% of your discretionary income, depending on when you received your first loans.

Select

View Details >

| Monthly Payment | Total To Be Paid | Pay Off Date | Forgiveness Amount |
|---|---|---|---|
| $126 | $21,869 | Jun 2035 | $0 |

## Switching From an IBR Plan

Because you are switching from an IBR plan to another income driven repayment plan, you're eligible for a one-month reduced-payment forbearance to move from your IBR to your new income-driven repayment plan.

### One-Month Reduced-Payment Forbearance

Check the box below and enter an amount of $5 or more for the one-month forbearance. If you don't enter an amount and check the box, your one-month reduced-payment forbearance will be equal to your current IBR payment or $5, whichever is higher, unless you turn down the forbearance.

Forbearance Amount (must be at least $5)

$ [ 5 ] .00

☐ I want to pay the amount listed above during my one-month reduced-payment forbearance.

 **Did You Know?**

Your loan servicer can help you select the repayment plan that is best for you. Consider how a loan servicer can help you:

- Your loan servicer will place you in the plan with the lowest monthly payment amount.

- Your loan servicer will determine which of the income-driven plans you qualify for and will use the following order in choosing your plan: SAVE (if my repayment period is 20 years), PAYE, SAVE (if my repayment period is 25 years), IBR, and then ICR.



## Eligible Loans

Your student loans listed below are eligible for income-driven repayment plans.

| Loan Type | Loan Balance | Interest Rate |
|---|---|---|
| DIRECT CONSOLIDATED UNSUBSIDIZED | $7,251 | 4.63% |
| DIRECT CONSOLIDATED SUBSIDIZED | $9,278 | 4.63% |

## Repayment Plan          Edit ✏

REPAYMENT ESTIMATOR

Adjusted Gross Income
$44,657

REPAYMENT PLAN

Requested Plan
Saving on a Valuable Education (SAVE) Plan

| Monthly Payment | Total To Be Paid | Paid Off By | Forgiveness Amount |
|---|---|---|---|
| **$0** - **$73**<br>First   Last | $7,896 | Jul 2043 | $16,356 |

Forbearance Amount
$5

# Saving on a Valuable Education (SAVE) Plan Details

Make sure you're aware of the advantages, disadvantages, and eligibility requirements before deciding on this repayment plan.

| Monthly Payment | Total To Be Paid | Pay Off Date | Forgiveness Amount |
|---|---|---|---|

$0                    $7,896              Jul 2043            $16,356

| | |
|---|---|
| Loan Term | 25 Years |
| Eligible Loans | All loans made under the Direct Loan Program are eligible, except for Direct PLUS Loans for parents. Borrowers with federal student loans from other programs (excluding PLUS Loans for parents) can consolidate them into the Direct Loan Program to qualify. |

## Advantages



[+] Payments should be affordable for you because they are based on your income instead of how much you owe.

[+] This is a good option if you are seeking Public Service Loan Forgiveness (PSLF).

[+] Any outstanding balance on your loan will be forgiven if you haven't repaid your loan after 20 years for loans taken out for undergraduate study or 25 years for loans taken out for graduate or professional study.

[+] Payments are recalculated each year based on your updated income and family size.

## Disadvantages

[-] Your income and family size must be recertified annually to remain eligible for income-driven payments, even if your income and family size haven't changed.

[-] Unlike many income-driven repayment plans, your payment could exceed what it would be under a 10-year Standard Repayment Plan if your income is high enough.

[-] Your spouse's income and loan debt are factored into your monthly payment calculation, only if you filed jointly.

[-] You may have to pay income tax on any amount that is forgiven, unless the amount forgiven is under the Public Service Loan Forgiveness program (which isn't taxed).

[-] You'll usually pay more over the life of the loan than under the 10-year Standard Repayment Plan.

# Income-Driven Repayment (IDR) Plan

 In-Progress

## Application Information

| | | |
|---|---|---|
| Request Type | Requested Payment Plan | Application Method |
| Changing Plan | Servicer will choose plan; user provided documentation of income | Manual |

## Status Tracker

 **Application Created**
*Completed on Aug 14, 2023*

② **Application Submitted**
*Completed on Aug 14, 2023*

We've sent your IDR application to your loan servicer. We recommend downloading a copy of your completed application for your records.

 Download Completed Application

③ Application Review

④ Application Processed



# You successfully submitted your IDR application.

Your completed online IDR application will be sent to one or more of your loan servicers listed below. You'll also get a confirmation email that explains what to do next.

Contact your loan servicer for the most up-to-date information about your IDR application. You can log in to your account at any time to view and check the progress of your IDR application.

**View My Account**

## My Loan Servicers

Your loan servicer(s) will receive an online copy of your IDR application.

**MOHELA**　　　　　□ www.mohela.com　　　　　📞 1-888-866-4352