**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

HEATHER HAVENS, *et al.*,

Plaintiffs,

v.

U.S. DEPARTMENT OF EDUCATION, *et al.*,

Defendants.

No. 1:26-cv-816-LLA

**NOTICE OF CORRECTED FILINGS**

With apologies, Defendants respectfully notify the Court that two documents they filed contained incorrect information, and hereby file corrected versions of those documents.

On July 29, 2026, Defendants filed a supplemental brief at the direction of this Court, which analyzed five supplemental declarations submitted by non-party borrowers. *See* Defs.' Supp. Br. in Response to Pls.' Supp. Declarations, ECF 27. The brief was accompanied by the supporting declaration of Anthony Lowery, a loan analyst for the Department of Education (the agency). *See* Second Declaration of Anthony Lowery ¶ 1, ECF 27-1. The Second Lowery Declaration said, in relevant part, that "[t]he most recent income statement[s] the agency has on file for [the declarants] is $0." *Id.* ¶¶ 9, 13, 20, 27, 32. Relying on that declaration, the supplemental brief said that "four of the five declarants (all save Jessica Southern) make roughly six figures today, but they most recently reported incomes of $0—in which case their lowest monthly payments under any potentially applicable plan would also be $0, ruling out irreparable harm." ECF 27 at 3.

On August 7, 2026, the five non-party borrowers submitted five counter-declarations disputing the foregoing claim. They responded that they had most recently reported to the agency incomes exceeding $0, either directly or through the Internal Revenue Service. *See* ECF 29-2 through 29-6. Undersigned counsel alerted the agency to these counter-declarations the same day.

The agency investigated these claims and concluded that the five non-party borrowers had not, in fact, most recently reported incomes of $0 to the agency. The agency's July 29, 2026 statements to the contrary were based on technical errors with the agency's National Student Loan Data Service (NSLDS) database. *See* Corrected Second Declaration of Anthony Lowery ¶¶ 39-46, attached hereto as **Exhibit C**. On August 14, 2026, the agency informed undersigned counsel that its statements were incorrect. Lowery himself was on leave that day, and today (August 17, 2026) is the first business day after Lowery returned from leave *Id.* ¶ 46. Accordingly, Defendants hereby file two corrected documents:

1. A corrected supplemental brief (previously ECF 27) removing the incorrect assertion about $0 income disclosures. *See* **Exhibit A** (clean), **Exhibit B** (redline).

2. A corrected Second Lowery Declaration (previously ECF 27-1) removing the corresponding statements and adding a new section at the end explaining the agency's error. *See* **Exhibit C** (clean), **Exhibit D** (redline).

Defendants respectfully note that the incorrect statements are largely immaterial to the arguments presented in the supplemental brief. In their declarations, the non-party borrowers stated either their present-day incomes or information from which the agency could estimate their income. The supplemental brief generally took those statements at face value. *See* ECF 27 at 3-4 (calculating that four of five declarants "make roughly six figures today"), 8 (explaining that "there is nothing inherently improper" about asking high-income borrowers to pay more as they make more).

Defendants sincerely apologize for the error and thank the non-party declarants for calling this issue to their attention.

(signature block on following page)

Dated: August 17, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE R. BENNETT
Assistant Branch Director
Federal Programs Branch

*/s/ Winston Shi*
WINSTON SHI (NY Bar No. 5747068)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel.: 202-880-0387
E-mail: winston.g.shi@usdoj.gov

*Counsel for Defendants*