**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HEATHER HAVENS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | Civil Action No. 1:26-cv-816-LLA |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Leave to File a Response to Defendants' Notice of Corrected Filings, any opposition thereto, and the entire record, it is hereby ORDERED that the Motion is GRANTED; and it is further ORDERED that the Clerk of Court shall docket the response attached as ECF attachment 1.

Dated: ____________________

______________________________
LOREN L. ALIKHAN
United States District Judge