**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HEATHER HAVENS, et al.,<br>Plaintiffs,<br>v.<br>U.S. DEPARTMENT OF EDUCATION, et al.,<br>Defendants. | Civil Action No. 1:26-cv-816-LLA |

## SUPPLEMENTAL DECLARATION OF HEATHER HAVENS

I, Heather Havens, declare the following under penalty of perjury:

1. I am over the age of 18 and competent to testify to the matters set forth below. The statements in this declaration are based on my personal knowledge and on records relating to my federal student loans. I previously submitted a declaration in this case (ECF No. 19-3). I submit this supplemental declaration to update the Court on the status of my loans.

2. I am a resident of Ventura, California. My federal Direct loans are serviced by Aidvantage. I am enrolled in the Saving on a Valuable Education (SAVE) repayment plan, and my loans have been in a forbearance since approximately July 2024.

3. On or about July 14, 2026, Aidvantage sent me a notice stating that I had 90 days to select a new repayment plan. I provided that notice to my counsel at the time, and it was filed with the Court in August 2026.

4. On October 19, 2026, Aidvantage sent me a letter headed "SAVE Plan Update – ACTION NEEDED: You will be Placed into a New Repayment Plan in 30 Days." The letter states: "This is your FINAL NOTICE. If you do not take immediate action to select a repayment plan, we will place you into a repayment plan in 30 days." It further states that if I do not submit a new

application for a different repayment plan within 30 days, I "will be placed on the Standard Repayment Plan." A true and correct copy of that letter, with my account number and street address redacted, is attached as Exhibit 1.

5. Thirty days from October 19, 2026 is November 18, 2026.

6. As of the date of this declaration, my loans remain in the SAVE forbearance and have not been moved to another repayment plan. I have not applied for a different repayment plan.

7. Since the October 19 letter, I have received no further communication from Aidvantage or the Department of Education about what will happen to my loans on or after November 18, 2026 or what my monthly payment will be.

8. As of the date of this declaration, the Department has not discharged my loans.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 5, 2026

*/s/ Heather Havens*
Heather Havens

# EXHIBIT 1

aidvantage | Official Servicer of Federal Student Aid

PO BOX 300001
GREENVILLE, TX 75403-3001

800-722-1300

HEATHER A HAVENS
[redacted]
VENTURA CA 93004-2641

**Account number:** [redacted] - 1

10/19/26

HEATHER,

SAVE Plan Update – ACTION NEEDED: You will be Placed into a New Repayment Plan in 30 Days.

A recent legal settlement ended the Saving on a Valuable Education (SAVE) Plan, and it is no longer available to borrowers. As a result of the settlement, Aidvantage was directed by the U.S. Department of Education (ED) to move all borrowers out of the SAVE Plan.

We previously notified you that you had 90 days to select a new repayment plan; otherwise, you would be placed into another plan. You did not take action within that 90-day period.

**This is your FINAL NOTICE. If you do not take immediate action to select a repayment plan, we will place you into a repayment plan in 30 days.**

If you're currently enrolled in the SAVE Plan but do not submit a new application for a different repayment plan within 30 days, you will be placed on the Standard Repayment Plan. If you have a new loan that entered repayment on or after July 1, 2026, we will place you on the Tiered Standard Plan.

Visit StudentAid.gov/repayment-calculator to estimate monthly payments, determine your eligibility, and choose the repayment plan that best meets your needs and goals.

You can find more information about the settlement at StudentAid.gov/courtactions.

If you have questions, contact Aidvantage.

**Apply Faster by Sharing Your Federal Tax Information**
If you have eligible loans, applying for a new income-driven repayment (IDR) plan is quick and easy if you provide consent for ED to obtain your federal tax information directly from the IRS. This allows ED to process your application faster and eliminates the time-consuming work of manually uploading your income information.

By providing consent for ED to access your federal tax information, ED can automatically recertify your IDR plan.

Visit StudentAid.gov/idr to begin your application.

**Lower Your Interest Rate on Auto Pay**
If you're not already on auto pay, sign up now to lower your interest rate on eligible federal student loans. Starting July 1, 2026, when you sign up for auto pay, the interest rate will be reduced by 1%. This interest rate reduction means you'll accrue less interest and pay off your loans faster.

To get this benefit, you must

- have Direct Loans disbursed on or after July 1, 2012,
- enroll in auto pay by 11:59 p.m. Eastern time on Dec. 31, 2026, and

- remain on auto pay and stay in active repayment on your federal student loans.

After June 30, 2028, your interest rate discount will automatically revert to 0.25%, the standard auto pay interest rate reduction.

**Beware of Scams**
Avoid student aid scams. You might be contacted by a company saying they will help you get loan discharge or cancellation for a fee. Make sure you work only with ED's office of Federal Student Aid (FSA) and its official loan servicers (like us). We will always help you for free. Our emails come only from customerservice@aidvantage.studentaid.gov, and emails from FSA come only from noreply@studentaid.gov.

Never reveal your personal information or account password to anyone.

**We're here to help**
If you have any questions about your account or your options, visit us online at Aidvantage.studentaid.gov or give us a call at 800-722-1300. Our hours of operation can be found online at Aidvantage.studentaid.gov/contact-us.

Sincerely,

Aidvantage– Official Servicer of Federal Student Aid

**Important disclosure(s)**

*Servicing of federal student loans*
Your federal student loans referenced in this letter are owned by the U.S. Department of Education. The terms of the federal student loan programs are not determined by Aidvantage, they are established by federal law, in particular by the Higher Education Act of 1965, as amended, and U.S. Department of Education regulations. Among other things, the law and regulations set borrowing limits, interest rates, eligibility for subsidies, repayment plans, capitalization of interest, and loan forgiveness. As your loan servicer, Aidvantage is required to administer your loans on behalf of the U.S. Department of Education in accordance with the law.

*Your loan servicer*
Your loans are serviced by Aidvantage (NMLS# 2241381).

*Avoiding scams*
You **never** have to pay a fee for help with your federal student aid. If you have questions or concerns about your loan payments, you can contact Aidvantage for free help through Aidvantage.studentaid.gov. You might be contacted by a company via phone, email, or postal mail saying they will help you get loan discharge, forgiveness, cancellation, or debt relief for a fee. Make sure you work **only** with the U.S. Department of Education's loan servicers, like Aidvantage and **never** reveal your personal information or account password to anyone. Learn to avoid student aid scams at studentaid.gov/resources/scams. Our emails to borrowers come from customerservice@aidvantage.studentaid.gov. You can report scam attempts to the Federal Trade Commission by calling 1-877-382-4357 or by visiting reportfraud.ftc.gov.