**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HEATHER HAVENS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | Civil Action No. 1:26-cv-816-LLA |

**SECOND SUPPLEMENTAL DECLARATION OF ELIZABETH ROBESON**

I, Elizabeth Robeson, declare the following under penalty of perjury:

1. I am over the age of 18 and competent to testify to the matters set forth below. The statements in this declaration are based on my personal knowledge and on records relating to my federal student loans. I previously submitted a declaration in this case (ECF No. 19-5) and a supplemental declaration (ECF No. 22). I submit this second supplemental declaration to update the Court on the status of my loans.

2. My federal Direct loans are serviced by Nelnet. I am enrolled in the Saving on a Valuable Education (SAVE) repayment plan, and my loans have been in a forbearance since approximately July 2024.

3. On July 29, 2026, I received an email from Nelnet with the subject line "You have 90 days to select a new repayment plan." I forwarded that email to my counsel the same day.

4. On October 29, 2026, I received an email from Nelnet with the subject line "Final Notice – You will be Placed into a New Repayment Plan in 30 Days." The email states: "This is your FINAL NOTICE. If you do not take immediate action to select a repayment plan, we will place you into a repayment plan in 30 days." It further states that if I do not submit a new

application for a different repayment plan within 30 days, I "will be placed on the Standard Repayment Plan." A true and correct copy of that email, with my personal email address redacted, is attached as Exhibit 1.

5. Thirty days from October 29, 2026 is November 28, 2026.

6. As of the date of this declaration, my loans remain in the SAVE forbearance and have not been moved to another repayment plan. I have not applied for a different repayment plan.

7. Since the October 29 email, I have received no further communication from Nelnet or the Department of Education about what will happen to my loans on or after November 28, 2026 or what my monthly payment will be.

8. As of the date of this declaration, the Department has not discharged my loans.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 5, 2026

*/s/ Elizabeth Robeson*
Elizabeth Robeson

# EXHIBIT 1

**Elizabeth Robeson** Outlook

**From:** Elizabeth Robeson

**Sent:** Monday, November 2, 2026 5:31 PM

**To:** Austin Hinkle

**Subject:** Fwd: Final Notice – You will be Placed into a New Repayment Plan in 30 Days

Per your request

---------- Forwarded message ---------
From: **Nelnet** <nelnetnoreply@nelnet.studentaid.gov>
Date: Thu, Oct 29, 2026 at 10:13 AM
Subject: Final Notice – You will be Placed into a New Repayment Plan in 30 Days
To: <[redacted]>

SAVE Plan Update

ELIZABETH Account: EXXXXX8723

The picture can't be displayed.

Log In

# ACTION NEEDED: You Will Be Placed into a New Repayment Plan in 30 Days

The picture can't be displayed.

Dear ELIZABETH,

A recent legal settlement ended the Saving on a Valuable Education (SAVE) Plan, and it is no longer available to borrowers. As a result of the settlement, Nelnet was directed by the U.S. Education (ED) to move all borrowers out of the SAVE Plan.

We previously notified you that you had 90 days to select a new repayment plan; otherwise, you would be placed into another plan. You did not take action within that 90-day period.

**This is your FINAL NOTICE. If you do not take immediate action to select a repayment plan, we will place you into a repayment plan in 30 days.**

If you're currently enrolled in the SAVE Plan but do not submit a new application for a different repayment plan within 30 days, you will be placed on the Standard Repayment Plan. If you have a new loan that entered repayment on or after July 1, 2026, we will place you on the Tiered Standard Plan.

Visit StudentAid.gov/repayment-calculator to estimate monthly payments, determine your eligibility, and choose the repayment plan that best meets your needs and goals.

You can find more information about the settlement at StudentAid.gov/courtactions.

If you have questions, contact Nelnet.

**Apply Faster by Sharing Your Federal Tax Information**

If you have eligible loans, applying for a new income-driven repayment (IDR) plan is quick and easy if you provide consent for ED to obtain your federal tax information directly from the IRS. This allows ED to process your application faster and eliminates the time-consuming work of manually uploading your income information.

By providing consent for ED to access your federal tax information, ED can automatically recertify your IDR plan.

Visit StudentAid.gov/idr to begin your application.

**Lower Your Interest Rate on Auto Debit**

If you're not already on auto debit, sign up now to lower your interest rate on eligible federal student loans. Starting July 1, 2026, when you sign up for auto debit, the interest rate will be reduced by 1%. This interest rate reduction means you'll accrue less interest and pay off your loans faster.

To get this benefit, you must

- have Direct Loans disbursed on or after July 1, 2012;
- enroll in auto debit by 11:59 p.m. Eastern time on Dec. 31, 2026; and
- remain on auto debit and stay in active repayment on your federal student loans.

After June 30, 2028, your interest rate discount will automatically revert to 0.25%, the standard auto debit interest rate reduction.

**Log In to Your Account**

**Beware of Scams**

You **never** have to pay a fee for help with your federal student aid. If you have questions or concerns about your loan payments, you can contact Nelnet for free help through Nelnet.studentaid.gov.

You might be contacted by a company via phone, email, or postal mail saying they will help you get loan discharge, forgiveness, cancellation, or debt relief for a fee. Make sure you work **only** with the U.S. Department of Education's loan servicers, like Nelnet, and **never** reveal your personal information or account password to anyone.

Learn to avoid student aid scams at StudentAid.gov/scams. Our emails to borrowers come from @Nelnet.studentaid.gov. You can report scam attempts to the Federal Trade Commission by calling 1-877-382-4357 or by visiting reportfraud.ftc.gov.

**Questions? We're here for you**. Log in to your online account to email us or upload documentation. Please do not reply directly to this email as the mailbox isn't monitored.

Sincerely,

Your Nelnet Customer Service Team

Nelnet is a Servicer to Federal Student Aid. You have a network of support to help you succeed with your federal student loan repayment. Find out how Federal Student Aid partners with loan servicers to be here when you need help.

Repayment Calculator StudentAid.gov

This email was sent by: Nelnet, Inc
Nelnet
121 South 13th Street
Lincoln, NE 68508, USA
Nelnet Servicing, LLC NMLS ID# 1508613

This email was sent to: [redacted]

To ensure delivery to your inbox, please add **nelnetnoreply@nelnet.studentaid.gov** to your address book.

.