**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HEATHER HAVENS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | Civil Action No. 1:26-cv-816-LLA |

**SUPPLEMENTAL DECLARATION OF ANNA GRUNSETH**

I, Anna Grunseth, declare the following under penalty of perjury:

1. I am over the age of 18 and competent to testify to the matters set forth below. The statements in this declaration are based on my personal knowledge and on records relating to my federal student loans. I previously submitted a declaration in this case (ECF No. 19-4). I submit this supplemental declaration to update the Court on the status of my loans.

2. I am a resident of Wisconsin. My federal Direct loans are serviced by Nelnet. I am enrolled in the Saving on a Valuable Education (SAVE) repayment plan, and my loans have been in a forbearance since approximately July 2024.

3. On August 26, 2026, I received an email from Nelnet with the subject line "You have 90 days to select a new repayment plan." The email states: "You must now select a new repayment plan. If you don't submit a new application for a different repayment plan within 90 days, you will be placed on the Standard Repayment Plan." A true and correct copy of that email, with my email address redacted, is attached as Exhibit 1.

4. Ninety days from August 26, 2026 is November 24, 2026.

5. As of the date of this declaration, I have not received a "Final Notice" or any other communication from Nelnet or the Department of Education about what will happen to my loans after November 24, 2026.

6. As of the date of this declaration, my loans remain in the SAVE forbearance and have not been moved to another repayment plan. I have not applied for a different repayment plan.

7. As of the date of this declaration, the Department has not permitted me to buy back my months of forbearance and has not discharged my loans.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 5, 2026

__*/s/ Anna Grunseth*______________
Anna Grunseth

# EXHIBIT 1

# You have 90 days to select a new repayment plan

**From:** Nelnet <nelnetnoreply@nelnet.studentaid.gov>
**Reply-To:** Nelnet <NelnetCustomerSolutions@nelnet.studentaid.gov>
**To:** [redacted]
**Subject:** You have 90 days to select a new repayment plan
**Date:** Wednesday, August 26, 2026 09:52
**Size:** 140 KB

---

Please log in to your Nelnet.studentaid.gov account for more details.

ANNA Account: EXXXXX3069

**Log In**

## Choose a New Repayment Plan Within 90 Days

You have a new message about your student loan account in your online inbox. Here is a short summary of the content of the message.

**You must now select a new repayment plan.** If you don't submit a new application for a different repayment plan within 90 days, you will be placed on the Standard Repayment Plan. If you have a new

loan in repayment on or after July 1, 2026, we will place you on the Tiered Standard Plan.

**Next Steps**

Log in to your Nelnet.studentaid.gov account and choose Inbox from the Documents menu to view the complete message. Then visit StudentAid.gov/repayment-calculator to estimate monthly payments, determine your eligibility, and choose the repayment plan that best meets your needs and goals. Lastly, submit your new application as advised in the letter within 90 days.

**Keep Up With Your Inbox**

It's important to check your inbox regularly. Any message we send there may alert you of an action needed related to a recent request, news about your repayment plan, or some other update to your account.

You can always access your messages and account details at Nelnet.studentaid.gov.

Need help accessing your online account? Visit our Trouble Logging In? page.

**Log in to Your Account**

**Beware of Scams**

You **never** have to pay a fee for help with your federal student aid. If you have questions or concerns about your loan payments, you can contact Nelnet for free help through Nelnet.studentaid.gov.

You might be contacted by a company via phone, email, or postal mail saying they will help you get loan discharge, forgiveness, cancellation, or debt relief for a fee. Make sure you work **only** with the U.S. Department of Education's loan servicers, like Nelnet, and **never** reveal your personal information or account password to anyone.

Learn to avoid student aid scams at StudentAid.gov/scams. Our emails to borrowers come from @Nelnet.studentaid.gov. You can report scam attempts to the Federal Trade Commission by calling 1-877-382-4357 or by visiting reportfraud.ftc.gov.

Never reveal your personal information or account password to anyone.

**Questions? We're here for you**. Log in to your online account to email us or upload documentation. Please do not reply directly to this email as the mailbox isn't monitored.

Sincerely,

Your Nelnet Customer Service Team

Federal Student Aid
An OFFICE of the U.S. DEPARTMENT of EDUCATION

Nelnet is a Servicer to Federal Student Aid. You have a network of support to help you succeed with your federal student loan repayment. Find out how Federal Student Aid partners with loan servicers to be here when you need help.

Repayment Calculator StudentAid.gov

This email was sent by: Nelnet, Inc
Nelnet
121 South 13th Street
Lincoln, NE 68508, USA
Nelnet Servicing, LLC NMLS ID# 1508613

This email was sent to:
[redacted]

To ensure delivery to your inbox, please add **nelnetnoreply@nelnet.studentaid.gov** to your address book.