**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HEATHER HAVENS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | Civil Action No. 1:26-cv-816-LLA |

**SUPPLEMENTAL DECLARATION OF WILLIAM BOYKIN**

I, William Boykin, declare the following under penalty of perjury:

1. I am over the age of 18 and competent to testify to the matters set forth below. The statements in this declaration are based on my personal knowledge and on records relating to my federal student loans, which are serviced by Edfinancial Services. I previously submitted a declaration in this case (ECF No. 19-6). I submit this supplemental declaration to update the Court on the status of my loans.

2. On January 22, 2025, I submitted an application to change from the SAVE plan to the Income-Based Repayment (IBR) plan.

3. On June 19, 2025, Edfinancial sent me a letter stating that, “at the direction of the U.S. Department of Education,” it had paused processing of IDR applications, that my application “remains unprocessed,” and that my account would remain in a forbearance that “does not give credit toward PSLF or IDR.” A true and correct copy is attached as Exhibit 1. The Department’s records show that my loans have been in forbearance continuously since August 1, 2024.

4. On January 7, 2026, Edfinancial sent me a Notice of Repayment Schedule Change stating: “Your new monthly payment is now $0.00 and will begin on 01/14/26. Your repayment

plan is: IDR.” The schedule lists 20 payments of $0.00 beginning January 14, 2026, followed by 120 payments of $329.74 beginning September 14, 2027. A true and correct copy is attached as Exhibit 2.

5. On January 16, 2026, Edfinancial sent me a letter stating that my IBR request had been approved. That letter states that “[f]or the 12-month period beginning on 11/14/28, your monthly payment amount will be $330.01,” and that if I do not recertify, my payment will increase to $330.01, “which is the amount you would be required to repay under the 10-year Standard Repayment plan.”

6. On September 15, 2026, Edfinancial sent me a billing statement for $330.01, due October 14, 2026. It was the first bill I have received on these loans. I have never made a payment on them, because no payment had been due.

7. On September 16, 2026, I wrote to Edfinancial through its website asking whether the bill was an error. On September 17, Edfinancial responded that it had processed my IDR application on January 7, 2026, that “[t]he payment of $0.00 will start on 09/14/2026,” and that it had “submitted a request for clarification about the payment reflected on your account for $330.01,” with a processing time of 14 to 25 business days. A true and correct copy of that exchange, with my email address redacted, is attached as Exhibit 3. I have received no further response.

8. On October 11, 2026, Edfinancial sent me a notice stating that I must recertify my IBR plan by December 10, 2026, or my payment “will increase to $330.01.”

9. On October 18, 2026, Edfinancial sent me a statement showing the $330.01 past due and a current amount due of $660.02, and stating that if the delinquency is not resolved, Edfinancial “will report the past due status to all nationwide consumer reporting agencies.” A true

and correct copy, with my account number and street address redacted, is attached as Exhibit 4. On October 25, 2026, Edfinancial sent me a letter stating that my account was "11 or more days past due" and that, if I do not bring it current, it "will report information about [my] account to all national consumer reporting agencies."

10. On October 28, 2026, my StudentAid.gov dashboard listed my repayment plan as "Saving on a Valuable Education (SAVE) Plan," with a monthly payment of $0.00 and a recertification date of August 14, 2027. A true and correct copy of that page is attached as Exhibit 5.

11. The same day, I submitted an IDR recertification application through StudentAid.gov, using my wife and my current pay stubs and my household's income and student loan information. The Department's estimate for that application was $146 per month under the IBR plan, the lowest payment among the plans offered. REPAYE was not among the plans offered. A true and correct copy of the estimate page, with income figures redacted, is attached as Exhibit 6. REPAYE calculated payments at 10 percent of discretionary income rather than the 15 percent used for IBR; applying that formula to the same information yields approximately $97 per month.

12. My prior declaration estimated my lowest non-REPAYE payment at $124 per month, based on the Department's loan simulator and the information I used in June 2026. The $146 estimate reflects the household income information I submitted on October 28, 2026.

13. On October 29, 2026, Edfinancial acknowledged receiving my application and stated that processing would take 7 to 10 business days. As of the date of this declaration, Edfinancial is still processing my application.

14. I have not paid the $330.01, because Edfinancial's January 7 repayment schedule and its September 17 response both state that my payment is $0.00, and Edfinancial never provided

the clarification it said it had requested. No one at Edfinancial or the Department has explained which of these documents is correct, and I do not know what my monthly payment is supposed to be.

15. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 5, 2026

_/s/ William Boykin___
William Boykin

# EXHIBIT 1

Edfinancial Services
P.O. Box 36008
Knoxville, TN 37930-6008
1-855-337-6884

EdFinancial SERVICES | Official Servicer of Federal Student Aid

Edfinancial Services | P.O. Box 36008 Knoxville, TN 37930-6008

WILLIAM T BOYKIN
[redacted]
PENNSBURG, PA 18073-1381

**ACCOUNT:** [redacted] **June 19, 2025**

Your Income-Driven Repayment (IDR) Application Has Not Yet Been Processed

Dear WILLIAM T BOYKIN:

As a result of a court action affecting income driven repayment, Edfinancial Services at the direction of the U.S. Department of Education, paused the processing of IDR applications. Edfinancial Services has now resumed the processing of IDR applications but is only able to process certain types of IDR applications.

On your IDR application, you selected to enroll in an Income-Based Repayment (IBR), Pay As You Earn (PAYE), or Income-Contingent Repayment (ICR) IDR plan. Upon our review of your IDR application, we determined that you were not eligible for the IDR plan you selected. Even so, you may qualify for another IDR plan, but until we can make that determination your IDR application remains unprocessed, and your account will remain in a forbearance.

The forbearance your account is in will be one of the following:

- If you recently submitted an IDR application 60 days ago or less, your account is in a processing forbearance: interest accrues and you do get credit toward Public Service Loan Forgiveness (PSLF) or IDR. This forbearance will end 60 days after your IDR application was originally received by us, after which you will be placed in the forbearance described below.

- If 60 days has passed since your IDR application was received, your account is in a general forbearance, which has a 0% interest rate but does not give credit toward PSLF or IDR.

Your account will remain in a forbearance until such time as we are able to finish processing your IDR application into an eligible IDR plan. You will receive another communication from us in the future detailing the outcome of that processing once your application has been fully processed.



[redacted]

Please be aware it will likely be a lengthy amount of time until we will be able to determine additional IDR plan eligibility and finish the processing of your IDR application. If you are seeking to get credit for PSLF or IDR forgiveness, you may want to explore other repayment plans, including enrolling in a different income driven repayment plan.

We encourage borrowers to look at the specific terms of each plan to make the best choice for their individual situation. You can view other options available to you, and the latest information related to the court action, on StudentAid.gov/saveaction or Ed.gov/SAVE.

**BEWARE OF SCAMS**

You **never** have to pay a fee for help with your federal student aid. If you have questions or concerns about your loan payments, you can contact Edfinancial Services for free help through your online account or by visiting Edfinancial.StudentAid.gov/Contact.

You might be contacted by a company via phone, email, or postal mail saying they will help you get loan discharge, forgiveness, cancellation, or debt relief for a fee. Make sure you work **only** with the U.S. Department of Education's loan servicers, like Edfinancial Services and **never** reveal your personal information or account password to anyone.

Learn to avoid student aid scams. Our emails to borrowers come from info@email.Edfinancial.StudentAid.gov. You can report scam attempts to the Federal Trade Commission by calling 1-877-382-4357 or by visiting reportfraud.ftc.gov.

**HOW TO CONTACT US**

If you have questions about your account, contact us at Edfinancial.StudentAid.gov/Contact or call us at 1-855-337-6884. Our automated voice response system is available 24 hours a day and a live representative is available Monday 8:00 a.m. to 11:00 p.m., Tuesday through Friday 8:00 a.m. to 8:00 p.m., and Saturday 10:00 a.m. to 2:00 p.m. ET.

Sincerely,

Edfinancial Services

# EXHIBIT 2

EdFinancial SERVICES | Official Servicer of Federal Student Aid

Edfinancial Services | P.O. Box 36008 Knoxville, TN 37930-6008

WILLIAM T BOYKIN
[redacted]
PENNSBURG, PA 18073-1381

**ACCOUNT:** [redacted] **January 7, 2026**

**Notice of Repayment Schedule Change**

Your repayment plan or schedule on one or more of your loan(s) has changed.

Your new monthly payment is now $0.00 and will begin on 01/14/26.

Your repayment plan is: IDR

Please review the Repayment Schedule below which includes your new minimum Monthly Payment Amount, Total Number of Payments to be made at that amount, and your Due Date.

**New Repayment Schedule***

| Number of Payments | Payment Amount | Payment Start Date |
|---|---|---|
| 20 | $0.00 | 01/14/26 |
| 120 | $329.74 | 09/14/27 |



[redacted]

***Note for Income Driven Repayment (IDR) Plan Borrowers:** For borrowers on an IDR plan, the number of payments shown will initially represent your monthly payments under your current IDR Plan for up to the first 12 months only. IDR plans must be recertified every 12 months. If you have additional lines with a number of payments and a payment amount that significantly increases in the future, this represents what may occur if you do not recertify your current IDR plan in time. We will send you a renewal notice when it is time to recertify, unless you signed up for auto-recertification on StudentAid.gov and auto-recertification was successful. For more information about the IDR plan you are enrolled in, log in to your account at Edfinancial.StudentAid.gov/MyAccount.

Failure to recertify your IDR plan on time will result in us placing you on the Standard Repayment Plan which will likely increase your monthly payment amount.

**Repayment Schedule Summary**

The chart below is an estimate of the total amount to be repaid and may be recalculated again in the future to pay off within the number of months allowed for your loan or repayment program based upon the loan(s) included in this new repayment schedule.

Future changes to items such as your interest rate, loan balance, payment amount, number of allowable months to repay, due date, repayment plan, and/or status (e.g., deferment/forbearance) may result in future repayment schedule changes. You will be notified if such changes occur.

| | |
|---|---|
| **Principal Balance** | $31,599.52 |
| **Unpaid Fees/Other Charges** | $0.00 |
| **Unpaid Interest to be Capitalized** | $0.00 |
| **Interest Not Capitalized** | $588.21 |
| **Estimated Interest Accrual Over Loan Term** | $7,381.07 |
| **Total to be repaid** | $39,568.80 |

| | |
|---|---|
| **Current Interest Rate** | See **Loan Information** chart |
| **Repayment Begin Date** | 10/13/22 |
| **Interest Paid As Of The Date of This Disclosure** | $0.00 |

**Loan Information**

| Loan Type | First Disbursement Date | Original Principal Amount | Current Principal Balance | Interest Rate |
|---|---|---|---|---|
| DLSUBCONS | 10/13/22 | $11,683.80 | $11,683.80 | 4.250% |
| DLUSUBCONS | 10/13/22 | $19,915.72 | $19,915.72 | 4.250% |

**Important Information to Manage Your Loans**

- Log in to Edfinancial.StudentAid.gov to manage your loans and contact information.
- Monthly billing statements will be sent to you at least 21 days prior to your due date.
- If you have not already, we encourage you to sign up for Auto Pay. By signing up for Auto Pay you will never forget a payment, and you could receive a 0.25% interest rate reduction. To enroll, log in to your account at Edfinancial.StudentAid.gov and select Payments & Billing.
- You can request a change to your due date.
- You can request a change to your repayment plan at any time. Go to Edfinancial.StudentAid.gov or StudentAid.gov to review your options.
- Options to postpone payment through deferment or forbearance, discharges, cancellations, forgiveness, and consolidation may be available.

**Additional Information About Your New Repayment Schedule**

- Do you have multiple loan(s)? If so, you may receive separate Repayment Schedules.
- If you have a past and/or a current amount due under your prior Repayment Schedule, those payments remain due unless they have been paid or deferred.
- If you are already enrolled in Auto Pay, the payment currently due under your prior Repayment Schedule is expected to be withdrawn via Auto Pay, including any additional amount you have requested to be withdraw.
- Have you requested an additional amount to be withdrawn via Auto Pay? If so, any additional amount you requested to be withdrawn will continue to be withdrawn, in addition to the new payment amount for the due date listed on this Repayment Schedule.
- Want to pay your loan off faster? You have the option to make more frequent or additional payments at any time.

**Beware of Scams**

You **never** have to pay a fee for help with your federal student aid. If you have questions or concerns about your loan payments, you can contact Edfinancial Services for free help through your online account or by visiting Edfinancial.StudentAid.gov/Contact.

You might be contacted by a company via phone, email, or postal mail saying they will help you get loan discharge forgiveness, cancellation, or debt relief for a fee. Make sure you work **only** with the U.S. Department of Education's loan servicers, like Edfinancial Services and **never** reveal your personal information or account password to anyone.

Learn to avoid student aid scams. Our emails to borrowers come from info@email.edfinancial.studentaid.gov or info@mail.edfinancial.studentaid.gov. Emails that the U.S. Department of Education sends to borrowers come from noreply@studentaid.gov. You can report scam attempts to the Federal Trade Commission by calling 1-877-382-4357 or by visiting reportfraud.ftc.gov.

If you have questions about your account, contact us at Edfinancial.StudentAid.gov/Contact or call us at 1-855-337-6884. Our automated voice response system is available 24 hours a day and a live representative is available Monday 8:00 a.m. to 11:00 p.m., Tuesday through Friday 8:00 a.m. to 8:00 p.m., and Saturday 10:00 a.m. to 2:00 p.m. ET.

Sincerely,

Edfinancial Services

# EXHIBIT 3

**Bill Boykin** Outlook

**From:** Bill Boykin

**Sent:** Thursday, September 17, 2026 12:26 PM

**To:** Austin Hinkle; Paul Mayer

**Subject:** Fw: Repayment Options PA

This is what I got from them today in response to my inquiry on their website for clarity for why I'm being charged.

Sincerely,
Bill Boykin

---

**From:** customerservice@edfinancial.studentaid.gov <customerservice@edfinancial.studentaid.gov>
**Sent:** Thursday, September 17, 2026 12:23 PM
**To:** [redacted] <[redacted]>
**Subject:** RE: Repayment Options PA

The picture can't be displayed.

Hello William,

Thank you for contacting Edfinancial Services. According to our records, we processed your Income-Driven Repayment (IDR) Plan Application on 01/07/2026. The payment of $0.00 will start on 09/14/2026. I submitted a request for clarification about the payment reflected on your account for $330.01 due on 10/14/2026. Our current processing time is 14-25 business days. We appreciate your patience.

Thank you,

Nichole
Edfinancial Services

---

You might be contacted by a company saying they will help you get loan discharge, forgiveness, cancellation, or debt relief for a fee. You never have to pay for help with your federal student aid. Make sure you work only with the U.S Department of Education and their loan servicers (like us) and never reveal your personal information or account password to anyone. Our emails come from info@email.edfinancial.studentaid.gov, info@mail.edfinancial.studentaid.gov, or donotreplycc@edfinancial.studentaid.gov. Emails that the U.S. Department of Education sends to borrowers come from noreply@studentaid.gov. You can report scam attempt to the Federal Trade Commission by calling 1-877-382-4357 or by visiting reportfraud.ftc.gov.

We value your opinion and want to know how we can improve your email experience. Please take a minute and provide us with your feedback by clicking on this short survey.
Edfinancial.studentaid.gov/emailsurvey

## We Are Here For You

**Contact** **Connect** **Chat Now**

The picture can't be displayed. The picture can't be displayed. The picture can't be displayed. The picture can't be displayed. The picture can't be displayed. The picture can't be displayed.

This email was sent by:
Edfinancial Services
NMLS Company ID: 1509247
120 N. Seven Oaks Drive
Knoxville, TN 37922, USA

**Please do not reply to this email.**
**This is not a monitored email address.**

---

From: [redacted]
Sent: Wed Sep 16 2026 09:40:49 GMT-0400 (Eastern Daylight Time)
To: coQWRState@mail-cmp.niceincontact.com
Subject: Repayment Options PA
WIlliam

I was on SAVE PLAN and it said I was in deferral until 2028. I'm also in pending litigation, but this bill comes unexpectedly and doesn't make sense with previous information provide. Please advise if it's an error.

# EXHIBIT 4

EdFinancial SERVICES | Official Servicer of Federal Student Aid

Edfinancial Services | P.O. Box 36008 Knoxville, TN 37930-6008

**October 18, 2026**

WILLIAM T BOYKIN
[redacted]
PENNSBURG, PA 18073-1381

**ACCOUNT:** [redacted]

**Your Student Loan Account Details** for
This Month's Billing Cycle: 09/16/26 to 10/18/26

| | |
|---|---|
| **Account** | [redacted] |
| **Statement Date** | **10/18/26** |
| Unpaid Principal | $31,599.52 |
| Last Payment Received | $0.00 |
| Regular Monthly Payment Amount | $330.01 |
| Past Due Amount (if applicable) | +$330.01 |
| **Current Amount Due** | **$660.02** |

We encourage you to continue to make monthly payments even if your amount due is $0 because interest may continue to accrue. Otherwise, your next payment is due on 11/14/26.

**Your Account is Past Due**

Immediate payment is required. If you are having trouble making payments, please call us at 1-855-337-6884. There are many options to assist you with repayment of your account. If action is not taken to resolve the delinquency, we will report the past due status to all nationwide consumer reporting agencies. If you continue to remain delinquent, your loan can risk going into default, which can have serious consequences. Please contact us if you need any assistance repaying your loan.

**Find tools and resources to make the best repayment decision for you. Most borrowers can lower their payments by enrolling in an income-driven repayment plan. Visit StudentAid.gov/restart.**

Questions About Your Statement?

Phone: 1-855-337-6884
Email: Edfinancial.StudentAid.gov/Contact
Online: Edfinancial.StudentAid.gov

Log In to Your Account at Edfinancial.StudentAid.gov

With your online account you have 24/7 access to:

- View your account summary
- Make a payment
- Explore options to lower or postpone your payments
- Change your Auto Pay information

Special Payments

You have the option to direct your payments (including partial payments) to an individual loan(s), as a one-time or recurring special payment instruction. Please refer to the Special Payment Instructions section on the back of this statement for more detail.

Auto Pay
NOT ENROLLED

**Questions about your payment amount?** See the Payments section on the back.

**Please detach and send the bottom portion with your payment.**

**MAKE CHECKS PAYABLE (IN U.S. DOLLARS) TO: U.S. DEPARTMENT OF EDUCATION**
Payments returned due to non-sufficient funds may be re-attempted.

**Please write your account number on your check or money order. DO NOT SEND CASH.**

☐ Check this box for change of contact information. See reverse side. New address or phone number? Log in to Edfinancial.StudentAid.gov to update your information.

| | |
|---|---|
| Amount Enclosed | $ __ __ , __ __ __ . __ __ |
| Account | [redacted] |
| **Next Payment Due Date** | 11/14/26 |
| **Next Amount Due** | $660.02 |

**Payment Mailing Address:**

**U.S. Department of Education**
**P.O. Box 790322**
**St. Louis, MO 63179-0322**

[redacted]

| Loan ID | 1-01 | 1-02 | Total |
|---|---|---|---|
| **Current Balance** | **$ 12,287.32** | **$ 20,944.52** | **$33,231.84** |
| Unpaid Interest* | $ 603.52 | $ 1,028.80 | $1,632.32 |
| **Unpaid Principal** | **$ 11,683.80** | **$ 19,915.72** | **$31,599.52** |
| Original Principal | $ 11,683.80 | $ 19,915.72 | $31,599.52 |
| Capitalized Interest | $ 0.00 | $ 0.00 | 0.00 |
| Principal Reduction | 0.00 | 0.00 | 0.00 |
| **Life of Loan Payments** | **$ 0.00** | **$ 0.00** | **$0.00** |
| Total Principal Paid | $ 0.00 | $ 0.00 | $0.00 |
| Total Interest Paid | $ 0.00 | $ 0.00 | $0.00 |
| **Payments Received** | **$ 0.00** | **$ 0.00** | **$0.00** |
| Last Payment Date | 00/00/00 | 00/00/00 | |
| Applied to Interest | $ 0.00 | $ 0.00 | $0.00 |
| Applied to Principal | $ 0.00 | $ 0.00 | $0.00 |
| Loan Date | 10/13/22 | 10/13/22 | |
| Loan Program | DLSUBCONS | DLUSUBCONS | |
| Interest Rate | 4.250 | 4.250 | |
| Interest Type[1] | F | F | |
| Monthly Payment Amount | $ 122.02 | $ 207.99 | $330.01 |
| **Past Due Amount** | **$ 122.02** | **$ 207.99** | **$330.01** |
| **Total Payment Due** | **$ 244.04** | **$ 415.98** | **$660.02** |

[1] F = Fixed, V = Variable

**Please detach and send the bottom portion with your payment.**

## Payments

### Ways To Pay

**Auto Pay and Online:** **Log in to Edfinancial.StudentAid.gov**
**Phone:** 1-855-337-6884
**Check:** Mail your payment using the preprinted **Payment Mailing Address** on the front side of this coupon.

**Special Payment Instructions:**
You have the option to direct your payments (including partial payments) and/or not advance your due date. Contact us to direct your payment to an individual loan(s), as a one-time or recurring special payment instruction.

**Phone:** 1-855-337-6884 **Visit:** Edfinancial.StudentAid.gov/Contact
**Mail:** Send instructions (including your account number) to our Payment Mailing Address: U.S. Department of Education, P.O. Box 790322 St. Louis, MO 63179-0322
You may also use the blank box located on the right to provide your special instructions.
Additionally, you may direct one-time payments to individual loans by logging in to Edfinancial.StudentAid.gov. If you want to direct future online payments to an individual loan(s), you may also contact us at 1-855-337-6884.

## Update Contact Information or Submit Special Payment Instructions

**Log in to Edfinancial.StudentAid.gov to update your account information online.**

**You can also use the blank box to let us know if your contact information has changed, or to submit special payment instructions.**

☐ I certify that I am the subscriber to the provided number and I authorize the school, the lender, the guarantor, the department, and their respective agents and contractors to contact me regarding servicing or repaying my loan(s) at any current and future numbers that I provide using automatic dialing systems, artificial or pre-recorded messages, and/or SMS text messages, even if I will be charged by my service provider(s) for receiving such communications.

P.O. Box 36008 ● Knoxville, TN 37930-6008 ● 1-855-337-6884 ● 1-865-692-6348

[redacted]

**PAYMENT ALLOCATION. Unless you direct payments to an individual loan(s), the standard allocation method is as follows. For loans in repayment, when a portion of your payment is applied to a loan, it is applied first to interest and then principal. Payments are allocated first to past due loans. If the current amount due is not paid, payments are allocated across loans from most to least delinquent, in proportion to each loan's regular monthly payment amount, less any amount already paid for that month until each loan is at the same level of delinquency, or all loans are up to date. Once all loans are up to date, payments are allocated across loans in an active repayment status, in proportion to each loan's regular monthly payment amount, less any amount already paid for that month.** After your current amount due is paid, payments are allocated across loans starting with the highest interest rate. Visit Edfinancial.StudentAid.gov/HelpCenter/Ways-to-Make-a-Payment for more information.

**DIRECTING PAYMENTS TO LOANS. You can direct payments (including partial payments) to individual loans. See Special Payment Instructions on the first page.**

**DUE DATE ADVANCEMENT.** While in repayment each time you pay your loan's regular monthly payment amount, we will advance your loan's due date by one month. If you make a partial payment, your current amount due will be reduced by the amount already paid. If your current amount due on an Income-Driven Repayment Plan is $0, prepayments will not advance your due date. **You can instruct us to not advance your due date more than one month, as a one-time or recurring instruction. See Special Payment Instructions on the first page. By selecting this option, your due date will only advance a single month, even though you have paid more than the current amount due. If your account is already paid ahead, selecting this option will keep your due date from advancing further, or you can call 1-855-337-6884 if you want your regular monthly payment amount to be due the next month.**

**PREPAYMENTS.** If you receive a statement for $0 due, you may have paid extra in the past, which fully covered this month's payment, or your repayment plan requires no payment at this time. You can always pay more without penalty, which will reduce your total cost of borrowing and save you money in the long run. If you aren't required to make a payment this month, you won't be considered past due if you don't make a payment or you make a partial payment. To maintain eligibility for borrower benefits, monthly payments may be required. To find out if prepayments qualify for borrower benefits, call 1-855-337-6884. If you plan to pursue **Public Service Loan Forgiveness**, visit StudentAid.gov/PublicService for information about qualifying payments.

**INTEREST ACCRUAL**. Interest is calculated using simple interest and accrues daily based on your outstanding principal balance. Visit Edfinancial.StudentAid.gov/FAQs for more information.

**LOAN PAYOFF.** To get a payoff quote for an individual loan, call 1-855-337-6884 or email CustomerService@Edfinancial.StudentAid.gov.

**BORROWER BENEFITS.** To verify your eligibility, earning progress, or award status for a borrower benefit, log in to your account at Edfinancial.StudentAid.gov or call 1-855-337-6884.

**MASSACHUSETTS RESIDENTS:** Borrowers who reside in Massachusetts can receive assistance through the Massachusetts Student Loan Ombudsman by phone at (888) 830-6277 or online at mass.gov/student-loan-assistance.

**REPAYMENT OPTIONS.** Options are available to lower payments with a repayment plan, sometimes as low as $0 a month, or postpone payments with a deferment or forbearance. You may be eligible for Standard, Graduated, Extended, Tiered Standard, Income-Based, Income-Sensitive (FFELP only), Income-Contingent, Pay As You Earn, or Repayment Assistance Plan (RAP) repayment plans. To explore options or make changes that could help you avoid default, call 1-855-337-6884 or log in to your account at Edfinancial.StudentAid.gov. You can also visit the U.S. Department of Education's website at StudentAid.gov to review other options like consolidation.

During a deferment (depending on loan type) or forbearance, you are responsible for interest that accrues on your loans. If accrued interest is not paid before the deferment ends, or an Income-Based Repayment (IBR) Plan is not recertified timely, interest may be added to your outstanding principal balance, which will increase the overall amount you'll have to pay. *Please note the Unpaid Interest field is the amount of accrued unpaid interest through the statement due date. It does not include any interest which may be subsidized due to an IDR plan or deferment.

**REPAYMENT SCHEDULE.** Log in to your account at Edfinancial.StudentAid.gov to view your repayment schedule, repayment plan, and other student loan information or call 1-855-337-6884.

**AUTHORIZATION FOR ELECTRONIC DEBIT.** If you provide a check as payment, you authorize us to use information from your check to make a one-time electronic transfer from your account or process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Payments returned due to nonsufficient funds may be re-attempted a maximum of one time.

**DISCHARGE AND FORGIVENESS.** You may be eligible for discharge due to disability, death, and bankruptcy (in rare cases), or forgiveness for teachers and public service employment. To explore options, call 1-855-337-6884.

**PRIVACY NOTICE.** You may review our policy and practices with respect to your personal information at Edfinancial.StudentAid.gov/privacy-and-security, or call 1-855-337-6884 for a free copy.

**ALTERNATIVE FORMATS.** Current and prospective borrowers are entitled to receive any student loan related communication or document in an accessible, alternative format. Borrowers interested in receiving student aid forms, student loan statements, notices, written communications, and publications in alternative formats should contact us directly at 1-855-337-6884 or by email at CustomerService@Edfinancial.StudentAid.gov. Edfinancial offers various alternative formats such as Braille, large print, audio CD, and digital navigable formats supported by computers and digital talking-book players, delivered through data CD, email, or other electronic means.

**DELINQUENCY IMPACT. If you don't pay the current amount due, your loan(s) may become delinquent, be reported to consumer reporting agencies, and may lose eligibility for borrower benefits. We encourage you to pay as much as you can, because interest accrues daily on your outstanding principal balance.**



[redacted]

# EXHIBIT 5

# Dashboard

We are working to update our systems to display your income-driven repayment (IDR) payment count and history.

**The SAVE Plan Is No Longer Available**

The Saving on a Valuable Education (SAVE) Plan is no longer available. You must switch to a different repayment plan to continue making payments.

## Next Payment Due

Edfinancial

Total Due

**$0.00**

Payment due on 10/14/2026

Monthly Payment
$0.00

Estimated Past Due
**$0.00**

## My Loans

View My Loans

Total Balance
$33,169.34
in 6 loans

Interest Rates
0.00 – 4.25%

Repayment Plan
Saving on a Valuable Education (SAVE) Plan

Recertification Date
08/14/2027

Last Updated 10/07/2026

## My Loan Servicers

View More >

Edfinancial

## My Activity

View All Activity >

### Income-Driven Repayment (IDR) Plan Request

Draft

*Last Updated: 10/19/2026*

Hi! Need help?

### Income-Driven Repayment (IDR) Plan Request

Action Required

*Date Submitted: 07/26/2022*

### Income-Driven Repayment (IDR) Plan Request

Action Required

*Date Submitted: 09/17/2021*

### Income-Driven Repayment (IDR) Plan Request

Action Required

*Date Submitted: 07/27/2021*

### Income-Driven Repayment (IDR) Plan Request

Action Required

*Date Submitted: 09/24/2020*

## Checklists

### I'm Preparing for School

- Complete the FAFSA® form to apply for financial aid for college or career school
- Complete entrance counseling before getting a student loan
- Complete a *Master Promissory Note* (MPN) to take out a federal student loan
- Complete your Annual Student Loan Acknowledgment each year you get a new loan to review your borrower responsibilities
- Review academic and financial preparation checklists to help you get into and afford the school of your choice
- Explore your career options using keywords or a customized search tool
- Compare schools using the *College Scorecard*
- Get tips and resources to help research colleges or career schools
- Learn about the types of aid— grants, work-study, loans, and scholarships —that can help you pay for college
- Compare school aid offers to see which school will be the most affordable
- Learn about how developing a budget can help you manage your finances

### I'm in School

Hi! Need help?

I'm in Repayment

I'm a Parent

More Resources

## Announcements

One Big Beautiful Bill Act Updates

Exciting Announcement: Larger Temporary Interest Rate Reduction for Borrowers Enrolled in Auto Pay

2027–28 FAFSA® Form Now Available

See More News and Events

### Read Our Latest Articles

Federal Student Aid posts financial aid info and tips on a regular basis.

Hi! Need help?

# EXHIBIT 6

Save Restart Exit

# Income-Driven Repayment (IDR) Plan Request

STEP 5 OF 6
Repayment Plans

## Estimate Your Payments

The estimates shown with each plan are based on the information you provide. The actual amounts might differ once your application is processed.

You can enter your adjusted gross income (AGI) to estimate your repayment plan details and get a sense of what your new monthly payment might be.

Estimate Adjusted Gross Income

$ [redacted] .00

*Remember: Round the total amount to the nearest whole dollar.*

How do I estimate my AGI? >

Estimate My Payments

PSLF Estimates ⓘ

Lowest Monthly Payment

### Income-Based Repayment (IBR) Plan

Lowest Monthly Payment

Select

View Details >

Ideal if you expect to continue to have a low income or have graduate school debt. This can be a good option if all your loans were disbursed on or before July 1, 2026, and you don't expect to borrow more loans in the future.

Monthly Payment
**$146**

Total To Be Paid
$52,152

End of Term Date
Jan 2047

Discharge Amount ⓘ
$0

Monthly Payment Amount
Payments are generally limited to **15%** of your discretionary income ? and will never be more than the 10-year Standard Plan amount.

Interest Accrual
Unpaid interest **accrues**. After you've made your full monthly payment, any remaining accrued interest on subsidized loans is covered by the government during your first **three years** in the plan.

End of Payment Term
Any remaining balance on your loan is forgiven after **20 or 25 years** (240 or 300 months) of qualifying repayment. The remaining balance may be taxable.

Hi! Need help?

Select

### Repayment Assistance Plan

Ideal for low monthly payments based on your income.

Select

View Details

Monthly Payment
**$154**

Total To Be Paid
$47,612

End of Term Date
Sep 2042

Discharge Amount
$0

Monthly Payment Amount
Monthly payments are based on a percentage of your adjusted gross income (AGI), ranging from 1% to 10% depending on your income level, with a minimum payment of $10 per month.

Interest Accrual
Unpaid interest does not accrue when your payments are made in full and on time. After you've made your full, on-time monthly payment, any remaining accrued interest is covered by the government for the month in which your payment didn't cover the full amount.

End of Payment Term
Any remaining balance on your loan is forgiven after **30 years** (360 months) of qualifying repayment. The amount forgiven will be taxable.

Select

View Details

The PAYE and ICR Plans will be retired no later than July 1, 2028.

Lowest Total Payment

### Income-Contingent Repayment (ICR) Plan

Lowest Total Payment

Any borrower with eligible federal student loans can choose this plan.

If you have a Direct Consolidation Loan that repaid a parent PLUS loan and was disbursed before July 1, 2026, you must enroll in and make at least one full payment on the ICR Plan before you can enroll in the IBR Plan.

Select

View Details

Monthly Payment
**$302**

Total To Be Paid
$41,966

End of Term Date
Mar 2038

Discharge Amount
$0

Monthly Payment Amount
Payments are generally limited to **20%** of your discretionary income and could be higher than the 10-year Standard Plan amount.

Interest Accrual
Unpaid interest **accrues**.

End of Payment Term
Any remaining balance on your loan may be forgiven after **25 years** (300 months) of qualifying repayment, if the payments are
2028. The remaining balance will be taxable.

Hi! Need help?

Select

View Details >

## Compare to a Fixed Payment Repayment Plan

### Standard Repayment Plan

Fixed monthly payments usually set at a 10-year repayment term, with longer terms possible for consolidation loans.

Monthly Payment
**$210**

Total To Be Paid
**$48,519**

End of Term Date
**Dec 2045**

Contact your Servicer to apply.

View Details >

Conta your Servic to appl

View Detail >

### How will my servicer process my application?

Your loan servicer will make calculations based on the information in your application. You will be placed on the plan if you're eligible.

If they determine you aren't eligible, your loan servicer will determine which income-driven repayment plan best applies to you—based on your eligibility and the plan requirements—and will place you on that plan instead.

Continue

Previous

Hi! Need help?